**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                                  Case No. 09-11958-BKC-AJC

MERENDON MINING (NEVADA), INC.      Chapter 7
                                                   Involuntary
                              Debtor./

**UNITED STATES TRUSTEE'S OBJECTION TO THE ENTRY OF AN ORDER**
**FOR RELIEF AND MOTION TO DISMISS CASE**

      The United States Trustee, pursuant to 11 U.S.C. § 707(a), files this motion to dismiss the above-styled involuntary chapter 7 case, and states:

      1.    Petitioning Creditors, Eileen McCabe, Jane L. Otto and Diane Kaplan-Berk (the "Petitioning Creditors"), filed an involuntary petition under chapter 7 of the U.S. Bankruptcy Code on February 4, 2009 against Merendon Mining (Nevada), Inc. ("Merendon"). The instant case shall be referred to herein as the "Florida Involuntary".

      2.    A Summons was issued in the Florida Involuntary and served on Merendon by the Petitioning Creditors on February 10, 2009. Pursuant to the Summons, if Merendon fails to answer, an order for relief may be entered on March 2, 2009, 20 days from the date of service.

      3.    Prior to the Florida Involuntary being filed in this Court, there was an involuntary petition filed against Merendon in the U.S. Bankruptcy Court, District of Colorado, case number 08-29893-BKC-HRT on December 12, 2008 by different petitioning creditors (the "Colorado Involuntary").

4.      An Order for Relief was entered in the Colorado Involuntary on January 26, 2009 and an Interim Chapter 7 Trustee was appointed by the United States Trustee on February 12, 2009. (See Exhibit A: Involuntary Petition; Exhibit B: Order for Relief; Exhibit C: Notice of Appointment of Interim Trustee; and Exhibit D: Docket Sheet in case 08-29893-BKC-HRT).  The Order for Relief was not appealed and became final, thus, it effectively created a bankruptcy case and made Merendon a debtor in bankruptcy.

5.      The United States Trustee contends that the Florida Involuntary was improperly filed since Merendon was already a chapter 7 Debtor in a pending case in Colorado.  Under 11 U.S.C. § 707(a), sufficient cause exists to dismiss this chapter 7 case.

WHEREFORE, the United States Trustee respectfully requests this Court to enter an Order (a) dismissing this case; and (b) for such other and further relief that the Court may deem appropriate.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with all additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

Dated: February 24, 2009                DONALD F. WALTON
                                        United States Trustee

                                        */s/ Johanna P. Armengol*
                                        Johanna P. Armengol, Trial Attorney
                                        Florida Bar No.: 0140937
                                        U.S. Trustee's Office
                                        51 SW 1st Ave., Suite 1204
                                        Miami, FL 33130
                                        Phone: (305) 536-7285
                                        Fax: (305) 536-7360
                                        johanna.armengol@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2009, a true and correct copy of the **United States Trustee's Motion Dismiss Case,** was served to the following, electronically through CM/ECF, on parties having appeared electronically in the instant matter:

Brett A. Elam belam@brettelamlaw.com

and that a copy hereof shall be served by U.S. Mail, postage prepaid, on parties not appearing electronically:

| | |
|---|---|
| Merendon Mining (Nevada), Inc.<br>450 Alton Road<br>Suite 2930<br>Miami, FL 33139 | Eileen McCabe<br>9 Sammy's Beach Road<br>East Hampton, NY 11937 |
| Jane L Otto<br>35 Sammy's Beach Rd<br>East Hampton, NY 11937 | Diane Kaplan-Berk<br>117 E Louisa #410<br>Seattle, WA 98102 |
| Joseph Rosania, Trustee<br>950 Spruce Street, Suite 1C<br>Louisville, CO 80027 | |

   /s/ Johanna P. Armengol   
   Johanna P. Armengol

3