# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re: )
                                            )      Bankruptcy Case No.
MERENDON MINING (Nevada), Inc., )        08-29893 HRT
Debtor. )              Chapter 7
                                            )              Involuntary

Address:     c/o Bolick & Boyer )
                   10785 W. Twain Ave., Ste. 200 )
                   Las Vegas, NV 89135-3026 )

Employer's Tax Identification )
No. [if any]: )

## ORDER FOR RELIEF AND
## PROCEDURE IN INVOLUNTARY CASE

       On consideration of the petition filed on December 12, 2008 against the above-named Debtor, and no pleading or other defense thereto having been filed within the time provided by Rule 1011(b), Fed.R.Bankr.P., an Order for Relief must be entered pursuant to Rule 1013(b), Fed.R.Bankr.P. In order to comply with Rule 2003(a), Fed.R.Bankr.P., the United States Trustee shall call a meeting of creditors to be held not more than forty (40) days after the Order for Relief. In addition, Rule 2002(a)(1), Fed.R.Bankr.P., requires that the Clerk provide not less than twenty (20) days notice of said meeting of creditors. Therefore, it is

       ORDERED that an Order for Relief under Chapter 7 of Title 11 of the United States Code is hereby granted; and it is

       FURTHER ORDERED that the Debtor shall file the schedules, statement(s) of affairs, and mailing matrix pursuant to Rule 1007(a)(2), Fed.R.Bankr.P., and Local Bankruptcy Rule 107 on or before **February 10, 2009.**

       IT IS FURTHER ORDERED that Merendon Mining (Colorado), Inc., shall obtain the services of counsel to represent it in these matters on or before **February 10, 2009.** A corporation or other non-natural person may not appear *pro se* (without an attorney) but, instead must be represented by counsel in compliance with Local Bankruptcy Rule 910. *Flora Construction Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413 (10th Cir. 1962).

       Dated this 26th day of January, 2009.

                                                              BY THE COURT:

                                                              _____
                                                              Howard R. Tallman, Chief Judge
                                                              United States Bankruptcy Court