## U.S. Bankruptcy Court
## District of Colorado (Denver)
## Bankruptcy Petition #: 08-29893-HRT

*Date filed:* 12/12/2008

*Assigned to:* Howard R Tallman
Chapter 7
Involuntary
No asset

*Debtor*
**Merendon Mining (Nevada), Inc.**
c/o Bolick & Boyer
10785 W. Twain Ave.
Ste. 200
Las Vegas, NV 89135-3026

represented by **Merendon Mining (Nevada), Inc.**
PRO SE

*Petitioning Creditor*
**John A. Broderick, Jr.**
465 MacKenzie Cir.
St. Augustine, FL 32092

represented by **Lisa Lee Jordan**
600 17th St.
Ste. 2400-S
Denver, CO 80202
303-626-7100
Email: ljordan@featherstonelaw.com

*Petitioning Creditor*
**Karin LaPadula**
215 Bridgeway
#3
Sausalito, CA 94965

represented by **Lisa Lee Jordan**
(See above for address)

*Petitioning Creditor*
**Roger R. Soucy**
27465 Abanico
Mission Viejo, CA 92691

represented by **Lisa Lee Jordan**
(See above for address)

*Trustee*
**Joseph Rosania**
950 Spruce St.
Suite 1C
Louisville, CO 80027
303-661-9292

*U.S. Trustee*
**US Trustee**
999 18th St.
Ste. 1551
Denver, CO 80202

303-312-7230

| Filing Date | # | clear | Docket Text |
|---|---|---|---|
| 02/14/2009 | 15 | ☐ | Courts Notice and BNC Certificate of Mailing Re: Meeting of Creditors (related document(s) 13 Meeting of Creditors Chapter 7). No. of Notices: 7. Service Date 02/14/2009. (Admin.) (Entered: 02/16/2009) |
| 02/13/2009 | 14 | ☐ | Supplemental Summons Service Executed in an Involuntary Case. Executed On: Bolick & Boyer served as of December 16, 2008 Filed by Lisa Lee Jordan on behalf of John A. Broderick Jr., Karin LaPadula, Roger R. Soucy. (Attachments: # 1 Exhibit Exhibit 1, Statement of Resignation of Registered Agent# 2 Exhibit Exhibit 2, Certificate of Registered Agent Vacancy# 3 Exhibit Exhibit 3, Waiver and Acceptance of Service) (Jordan, Lisa) (Entered: 02/13/2009) |
| 02/12/2009 | 13 | ☐ | Meeting of Creditors. 341(a) meeting to be held on 3/9/2009 at 04:00 PM in Room 125. Meeting set per the request of the US Trustees Office.(rp) (Entered: 02/12/2009) |
| 02/12/2009 | 12 | ☑ | Notice of Appointment of Trustee. Trustee Joseph Rosania added to the case.(rp) (Entered: 02/12/2009) |
| 01/29/2009 | 11 | ☐ | Court Certificate of Mailing. Number of notices mailed: 1 Date Mailed 1/29/2009 (related document(s) 10 Summons-Involuntary Petition). (smh) (Entered: 01/29/2009) |
| 01/29/2009 | 10 | ☐ | Alias Summons Issued in an Involuntary Case On Merendon Mining (Nevada), Inc.. Summons Service Executed due by 2/9/2009. (smh) (Entered: 01/29/2009) |
| 01/28/2009 | 9 | ☐ | Courts Notice or Order and BNC Certificate of Mailing (related document(s) 7 Involuntary Chapter 7 Order for Relief, ). No. of Notices: 4. Service Date 01/28/2009. (Admin.) (Entered: 01/28/2009) |
| | | ☐ | Amended Summons Service Executed in an Involuntary Case. Executed On: Merendon Mining (Nevada), Inc. on December 16, 2008 Filed by Lisa Lee Jordan on behalf of John A. Broderick Jr., Karin LaPadula, Roger R. Soucy. (Attachments: # 1 Exhibit 1, Statement of Resignation of |

| | | | |
|---|---|---|---|
| 01/27/2009 | 8 | | Registered Agent# 2 Exhibit 2, Certificate of Registered Agent Vacancy# 3 Exhibit 3, Nevada Secretary of State Information# 4 Exhibit 4, FedEx Delivery Confirmation) (Jordan, Lisa) (Entered: 01/27/2009) |
| 01/26/2009 | 7 | ⌐ | Order for Relief And Procedure In Involuntary Case. All Schedules due 2/10/2009. Creditor Matrix due by 2/10/2009. Statement of Financial Affairs due 2/10/2009. The Debtor shall obtain the services of counsel to represent it in these matters by 2/10/09. (llh) (Entered: 01/26/2009) |
| 12/22/2008 | 6 | ⌐ | Summons Service Executed in an Involuntary Case. Executed On: Merendon Mining (Nevada), Inc. on December 17, 2008 Filed by Lisa Lee Jordan on behalf of John A. Broderick Jr., Karin LaPadula, Roger R. Soucy. (Attachments: # 1 Exhibit) (Jordan, Lisa) (Entered: 12/22/2008) |
| 12/17/2008 | 5 | ⌐ | Courts Notice and BNC Certificate of Mailing Re: Notice of Reassignment (related document(s) 2 Notice of Reassignment Due To Prior Filing or Related Filings, ). No. of Notices: 4. Service Date 12/17/2008. (Admin.) (Entered: 12/18/2008) |
| 12/15/2008 | 2 | ⌐ | Notice of Reassignment of Case. The above-named debtor has filed a bankruptcy petition within the past eight years in the District of Colorado or There Is A Related Case Pending In This District under Case No. 08-29670 HRT. Pursuant to Third Amended General Procedure Order 1996-1, this case is hereby reassigned to the Judge that heard and/or is assigned the previous case. Judge Howard R Tallman added to case. Involvement of Judge Michael E. Romero Terminated. (mcs) (Entered: 12/15/2008) |
| 12/12/2008 | 4 | ⌐ | Summons Issued in an Involuntary Case On Merendon Mining (Nevada), Inc.. Summons Service Executed due by 12/22/2008. (mcs) (Entered: 12/15/2008) |
| 12/12/2008 | 3 | ⌐ | Chapter 7 Involuntary Petition. Filed by Lisa Lee Jordan on behalf of John A. Broderick Jr., Karin LaPadula , Roger R. Soucy . (mcs) (Entered: 12/15/2008) |
| 12/12/2008 | 1 | | Receipt of Chapter 7 Filing Fee - $299.00 by KM. Receipt Number 00217765. (admin) (Entered: 12/15/2008) |

| | | | |
|---|---|---|---|
| 12/12/2008 | | | Corrected Entry. Changed county from out of state to Denver per Intakes request. (related document(s): New Involuntary Petition Opened). (bcs) (Entered: 12/12/2008) |
| 12/12/2008 | | | New Involuntary Petition Opened Re: Merendon Mining (Nevada), Inc. Filed by Petitioning Creditors (s): John A. Broderick Jr. (attorney Lisa Lee Jordan), Karin LaPadula (attorney Lisa Lee Jordan), Roger R. Soucy (attorney Lisa Lee Jordan) . (kma) (Entered: 12/12/2008) |

View Selected

or

Download Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/24/2009 08:10:57 | | | |
| PACER Login: | ux1256 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 08-29893-HRT Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Multiple Docs: on Format: html |
| Billable Pages: | 2 | Cost: | 0.16 |