UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                            Case No.: 09-11958-BKC-AJC

MERENDON MINING (NEVADA), INC.                          Chapter 7
a/k/a MILO BROST,

       Debtor.
_____/

**TRUSTEE'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF BARRY E. MUKAMAL AND MARCUMRACHLIN, A DIVISION OF MARCUM, LLP, AS FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE**

    Trustee, Marcia T. Dunn, respectfully requests an order of the court authorizing the employment of Barry E. Mukamal and MarcumRachlin, a division of Marcum LLP ("MarcumRachin"), to represent the trustee as financial advisors in this case and states:

    1.    It is necessary that the trustee employ a financial advisor to represent the trustee in this case to provide financial advice and services required in the administration of the estate.

    2.    Barry E. Mukamal and MarcumRachlin do not hold or represent any interest adverse to the estate and the trustee believes that the employment of Barry E. Mukamal and MarcumRachlin would be in the best interests of the estate.

    3.    Attached to this motion is the proposed financial advisor's affidavit demonstrating that Barry E. Mukamal and MarcumRachlin are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under FRBP 2014.

    4.    Barry E. Mukamal and MarcumRachlin have agreed to be compensated in accordance with 11 U.S.C. § 330. Attached hereto as Exhibit "A" is the retainer agreement between the Trustee and MarcumRachlin.

    5.    The trustee believes that Barry E. Mukamal is qualified to advise the trustee on financial matters in this case.

    WHEREFORE, the trustee respectfully requests an Order authorizing the employment of Barry E. Mukamal and MarcumRachlin to represent the trustee pursuant to 11 U.S.C. §§ 327 and 330.

Dated: 6/16/09

Respectfully submitted,

Marcia T. Dunn, Trustee
P.O. Box 561507
Miami, FL 33256-1607
(305) 275-2733

Copies to:
U.S. Trustee
Debtor/Debtor's Counsel
All Appearances

17\309 - LNEGRON - # 450821 v1          C:\DOCUMENTS AND SETTINGS\MFERNANDEZ\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK8A\450821_1.DOC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              Case No.: 09-11958-BKC-AJC

MERENDON MINING (NEVADA), INC.                      Chapter 7
a/k/a MILO BROST,

        Debtor.
_____/

### AFFIDAVIT OF PROPOSED FINANCIAL ADVISORS TO CHAPTER 7 TRUSTEE

STATE OF FLORIDA       )
                       ) ss:
COUNTY OF MIAMI-DADE   )

I, Barry E. Mukamal, being duly sworn, say:

1. I am a Certified Public Accountant authorized to practice in the State of Florida.

2. I am a partner in MarcumRachlin, a division of Marcum LLP ("MarcumRachin"), with offices located at 1 S. E. 3rd Avenue, 10th Floor, Miami, FL, 33131.

3. Neither I nor the firm hold or represent any interest adverse to the estate, and are disinterested persons as required by 11 U.S.C. § 327(a).

4. Neither I nor the firm have connections with the debtor, creditors, their respective attorneys and accountants, the U.S. trustee, or any person employed in the office of the U.S. Trustee as required by FRBP 2014. However, since the instant case is an involuntary and there is not a complete list of the Debtor's creditors, upon the filing of the Debtor's schedules, if the undersigned believes that it is warranted, a supplement hereto will be filed with the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12th, 2009.

_____
BARRY E. MUKAMAL, CPA/ABV/PFS, CFE
MarcumRachlin, a division of Marcum, LLP
1 SE 3rd Avenue, 10th floor,
Miami, FL 33131
(305) 377 4228 Fax (305) 377 8331

**SWORN TO AND SUBSCRIBED** before me this 12th day of June, 2009 by Barry E. Mukamal, who is personally known to me.

_____
Karen G. McGill, Notary Public, State of Florida

Commission #DD846933
My Commission expires: 01/24/13

Notary Public State of Florida
Karen G McGill
My Commission DD846933
Expires 01/24/2013