

**ORDERED in the Southern District of Florida on August 12, 2009.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO.: 09-11958-BKC-AJC |
| | ) | |
| MERENDON MINING (Nevada), INC. | ) | |
| a/k/a Milo Brost | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MARCIA T. DUNN, AS CHAPTER 7 TRUSTEE OF MERENDON MINING (NEVADA), INC.'S EX PARTE MOTION FOR SECOND EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER DOCUMENTS**

This Matter came before the Court upon Marcia T. Dunn, as Chapter 7 Trustee of Merendon Mining (Nevada), Inc.'s Ex Parte Motion for Second Extension of Time to File Schedules, Statement of Financial Affairs and Other Documents, dated August 11, 2009 (the "Motion"), and the Court, after having reviewed the Motion and finding good cause for granting the relief requested, hereby ORDERS that:

The Motion is GRANTED. The deadline by which the Trustee must file the Debtor's Schedules and Statements of Financial Affairs, Corporate Ownership Statement, Creditor Matrix and Declaration Regarding Electronic Filing (the "Schedule

Documents") and any other documents required by the Filing Order shall be extended until September 13, 2009.

###

Submitted by:

Ivan J. Reich, Esq.
GrayRobinson, P.A.
401 E. Las Olas Blvd., Suite 1850
Ft. Lauderdale,  FL 33301
Tel:  954-761-8111
Fax:  954-761-8112
E-Mail:  ivan.reich@gray-robinson.com
Attorneys for Marcia T. Dunn, Trustee

# 488082 v1