B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Meredon Mining (Nevada), Inc.**           ,       Case No.   **09-11958**

                              Debtor           Chapter        **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 7 | 0.00 | | |
| B - Personal Property | Yes | 4 | 100,000,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 430 | | 146,989,128.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 445 | | | |
| Total Assets | | | 100,000,000.00 | | |
| Total Liabilities | | | | 146,989,128.49 | |

**MERENDON MINING (NEVADA), INC.**
**CASE NO. 09-11958-BKC-AJC**
**BANKRUPTCY SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This case commenced as an involuntary proceeding with no direct access to the Debtor, its directors and officers, and its books and records. The basis of the information contained in these schedules and the statement of financial affairs is the result of a review of documents provided to the Trustee and statements of person(s) associated with the Debtor. A significant portion of this information is not under the control and custody of the Trustee. The Trustee has not verified this information and makes no representations regarding the truth and accuracy of these schedules and SOFA.

Certain documents have recently been received from banking institutions, which the Trustee's professionals are in the process of reviewing, with specific focus on reconstruction of cash activity. Additionally, the Trustee was recently made aware of other documents in the custody or control of certain persons associated with the Debtor. However, the Trustee has not yet secured possession of such documents. Consequently, the Trustee expects to amend the information contained herein once such additional information and documents are received and analyzed.

B6A (Official Form 6A) (12/07)

In re **Meredon Mining (Nevada), Inc.**                                              Case No.    **09-11958**
                                  Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property* | Husband Wife Joint or Comm- unity | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Discovery Day Mine, California** | **unknown** | - | **Unknown** | **Unknown** |
| **Gold Basin Mine, Dolen Springs, AZ**<br>**See Attached Sheet for Legal Description** | **unknown** | - | **Unknown** | **Unknown** |
| **Black Rose Mine, Jamestown, Colorado**<br>**See Attached Sheet for Legal Description** | **Unknown** | - | **Unknown** | **Unknown** |
| **Bueno Mine, Jamestown, Colorado**<br>**see attached sheet for legal description** | **Unknown** | - | **Unknown** | **Unknown** |
| **Mineral, gas and oil rights associated with properties** | **unknown** | - | **Unknown** | **Unknown** |
| **Manufacturing (smelting) facility in Honduras and Gold and Jewelry Showroom in Honduras Tegucigalpa, Honduras** | **Unknown** | - | **Unknown** | **Unknown** |
| **Glory Hole Mine**<br>**Gilpin County, Colorado**<br>**See Attached Legal Description** | **Unknown** | - | **Unknown** | **Unknown** |
| | | Total: | **$0.00** | |

(Report also on Summary of Schedules)

\* The Trustee believes that the described properties, although not titled in the name of the Debtor, are nonetheless believed to be assets of the Estate.

Sheet 1 of 1 total sheets in Schedule of Real Property

No. 291-4939273

Gold Basin Mine, Dolin Springs, AZ Legal Description

PARCEL NO. 1:

The EXCELSOR lode mining claim in the Gold Basin Mining District being shown on Mineral Survey No. 2518 on file with the Bureau of Land Management, as granted by Patent recorded in Book 23 of Deeds, Page 110, and situate in Section 22, Township 28 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

PARCEL NO. 2:

The O.K. lode mining claim in the Gold Basin Mining District being shown on Mineral Survey No. 2517A on file with the Bureau of Land Management, as granted by Patent recorded in Book 23 of Deeds, Page 107, and situate in Sections 21 and 22, Township 28 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

PARCEL NO. 3:

The O.K. MILLSITE claim in the Gold Basin Mining District being shown on Mineral Survey No. 2517B on file with the Bureau of Land Management, as granted by Patent recorded in Book 23 of Deeds, Page 107, and situate in Section 13, Township 28 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

Except that portion dedicated to the County of Mohave by dedication recorded in Book 1363 of Official Records, Page 998 described as follows:

That portion of the O.K. MILLSITE, Mineral Survey No. 2517-B lying within the following:

A strip of land 100 feet in width, situate in the Northeast quarter (NE1/4) of Section 13, Township 28 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona, the center line being described as follows:

Commencing at the East quarter corner for said Section 13, a one inch ODIP W/USGLO brass cap (1912);

thence along the East line of said Northeast quarter (NE1/4) of Section 13 North 00 degrees 00 minutes 50 seconds East (Basis of Bearings: True North per direct solar observations in Latitude +- 35 degrees 48 minutes 53 seconds North, Longitude = 114 degrees 08 minutes 56 seconds West), 430.85 feet to the true point of beginning from which point the Northeast corner for said Section 13 a three inch ODIP W/USGLO brass cap (1912) bears North 00 degrees 00 minutes 50 seconds East, 2211.00 feet;

thence along said center line North 21 degrees 03 minutes West, 1414.60 feet;

thence North 23 degrees 27 minutes West, 820.07 feet to the beginning of a tangent curve concave to the Southwest having a radius of 220.37 feet (D = 26 degrees 00 minutes);

No. 291-4939273

thence Westerly along the arc of said curve through a central angle of 66 degrees 52 minutes 10 seconds, 257.19 feet to a point in the North line of said Northeast quarter (NE1/4) of Section 13 from which point the Northeast corner for said Section 13 previously described bears North 89 degrees 40 minutes 50 seconds East, 1038.40 feet;

thence along said North line and tangent to said curve South 89 degrees 40 minutes 50 seconds West, 1600.94 feet to the North quarter (N1/4) corner for said Section 13 and the terminus of said center line from which point the Northwest corner for said Section 13, a two inch ODIP W/USGLO brass cap (1916) bears South 89 degrees 40 minutes 50 seconds West, 2651.28 feet (South 89 degrees 56 minutes West, 2641.3 feet - record). It is intended that the side lines of said strip be prolonged or shortened so as to terminate in the East line of the Northeast quarter (NE1/4) of said Section 13 and the East right-of-way line of God's Pocket Drive, as delineated on the plat of LAKE MEAD RANCHOS UNIT 2, recorded June 20, 1961, at Fee No. 104504, records of Mohave County, Arizona.

Except any portion lying in the Southeast quarter (SE14/) of Section 12, Township 28 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

Our Order No. WR0000039

### Black Rose Mine, Jamestown Colorado Legal Description

**PARCEL A:**

THE NEW RIVAL LODE MINING CLAIM (UNITED STATES MINERAL SURVEY #17210) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 35 AND 36, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED AUGUST 19, 1919 IN BOOK 385 AT PAGE 140.

**PARCEL B:**

THE SUNSHINE, SUNSHADE, LONGS PEAK, WISTERIA, WHITE ROSE,  BLACK ROSE, LADY IRENE, RED ROSE, YELLOW ROSE AND LADY NELLIE LODE MINING CLAIMS (UNITED STATES MINERAL SURVEY #17874A) AND THE SUN MILL SITE MINING CLAIM (UNITED STATES MINERAL SURVEY #17874B) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTIONS 35 AND 36, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN,  AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED MAY 11, 1908 IN BOOK 288  AT PAGE 125.

08/30/2003  14:32  7204829938  ELDORADO STONE  PAGE  05

Our Order No. W80000940

## Bueno Mine Jamestown Colorado Legal Description

**PARCEL A:**

THE BUENA LODE MINING CLAIM (UNITED STATES MINERAL SURVEY NO. 421) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED _____, UNDER RECEPTION NO. _____, COUNTY OF BOULDER, STATE OF COLORADO.

**PARCEL B:**

THE CENTRAL PACIFIC AND GRANT LODE MINING CLAIMS (UNITED STATES MINERAL SURVEY NO. 7583) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED DECEMBER 31, 1896, IN BOOK 167 AT PAGE 155, COUNTY OF BOULDER, STATE OF COLORADO.

**PARCEL C:**

THE ANDREW JACKSON LODE MINING CLAIM (UNITED STATES MINERAL SURVEY NO. 16449) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED MAY 01, 1906, IN BOOK 288 AT PAGE 77, COUNTY OF BOULDER, STATE OF COLORADO.

**PARCEL D:**

THE PICKARD LODE MINING CLAIM (UNITED STATES MINERAL SURVEY NO. 4953) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED FEBRUARY 28, 1955, IN BOOK 972 AT PAGE 497, COUNTY OF BOULDER, STATE OF COLORADO.

**PARCEL E:**

THE BUFFALO, NEVADA, EQUATOR, COLORADO, KANSAS, MISSOURI, ILLINOIS, INDIANA, OHIO AND KENTUCKY LODE MINING CLAIMS (UNITED STATES MINERAL SURVEY NO. 12569A) AND KENTUCKY MILL SITE CLAIM (UNITED STATES MINERAL SURVEY NO. 12569B) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED JULY 11, 1900, IN BOOK 204 AT PAGE 174,

EXCEPT THAT TRACT OF LAND AS CONVEYED IN DEED RECORDED AUGUST 09, 1973, UNDER RECEPTION NO. 76296 AND ALSO

EXCEPT THAT TRACT OF LAND AS CONVEYED IN DEED RECORDED JANUARY 02, 1975, UNDER RECEPTION NO. 125762 AND ALSO

EXCEPT THOSE TRACTS OF LAND AS CONVEYED IN DEEDS RECORDED DECEMBER 22, 1999, UNDER RECEPTION NOS. 2009080 AND 2009081, COUNTY OF BOULDER, STATE OF COLORADO.

4

Our Order No.  W80000940

## LEGAL DESCRIPTION

TOGETHER WITH  THE RIGHT OF INGRESS EGRESS PURPOSES AS SET FORTH IN INSTRUMENT RECORDED  DECEMBER 27, 2000, UNDER RECEPTION NO. 2108015.

PARCEL F:

THE EMMETT LODE MINING CLAIM (UNITED STATES MINERAL SURVEY NO. 20668) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED MAY 04, 1957, IN BOOK  1043 AT PAGE 326, COUNTY OF BOULDER, STATE OF COLORADO.

PARCEL G:

THE AFTERTHOUGHT LODE MINING CLAIM (UNITED STATES MINERAL SURVEY NO. 20675) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH,  RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED JANUARY 17, 1947, IN BOOK 799 AT PAGE 253, COUNTY OF BOULDER, STATE OF COLORADO.

PARCEL H:

THE NUCLEAR LODE MINING CLAIM (UNITED STATES MINERAL SURVEY NO. 20862)  LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTIONS 13 AND 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED MAY  24, 1965, AT RECEPTION NO. 784246, COUNTY OF BOULDER, STATE OF COLORADO.

5

## GLORY HOLE POPERTY DESCRIPTION

Property: Undivided 1/2 Parcel of Ground Described as B-lll, P.-230 (HOOPER GROUND) Central City, State of Colorado.

1. All rights in and to "the pipe 1itl.4 pipeline extending from the Glory Hole Mill to the town of Black Hawk, Colorado, together with all easements, privileges, franchises and other rights with respect thereto, described as follows:

(a) Portion of 7000 feet of 8" pipe from pump Station in Black Hawk to old mill in Central City;
(b) Portion of 4000 feet of 8" pipe from old mill to new mill on Tropic Lode III-Central;

2. All rights in and to that certain powerline together with easements, poles, insulators, transformers furnishings (or which finished power) to the Glory Hole Mill, described as follows: Portion of 11-KW line from Black Hawk Station to Chain O'Mines substation & 13-KW line with 43 poles, crossarms & insulators CC & BH.

3. All rights in and to the Glory Hole Mill Buildings, shafthouses, gallows and equipment including all mill machinery, transformers, water tanks, crusher plant, ore bins, conveyors and all machinery inside and outside of Mill Building on Tropic #11130 III-Central.

4. Lot in Block 24, Central City, described in Book 130, page 340 and 341, also described in Book 125, Page 92 (next to Ward Lot and opposite Lot 6, Block 22).

All right. title and interest in and to the real property which is described in that certain Mining Deed dated July, 26, 1929, recorded on November 18, 1929, in 'Book 202, Page 160, of the Gilpin County Clerk and Recorder's Office.

| Claim Name | av No. | Net Acres |
|---|---|---|
| Agra (und. 1/2) | 794 (WESTERN 1/2 of 1/2 only) | .73 |
| Alger | 367 | .39 |
| Annie Mary | 11571 | 4.34 |
| Argo (und. 1/2 int.) | 567 (WEST 1/2 of 1/2 only) | 4.49 |
| Avondale | 6348 | 2.72 |
| Baldwin | 15486 | 4.0 |
| Bismark | 6403 | 2.39 |
| Buffalo | 15740 | .77 |
| Calhoun | 231 | 1.43 |
| Calumet & Hecla #1 | 11267 | 5.23 |
| Calumet & Hecla #2 | 13048 | 3.72 |
| Cecil | 11171 | .64 |
| Como (und. 1/2) | 11131 | 2.1 |
| Copper Bottom (und. 1/2) | 766 (WEST 1/2 of 1/2 only) | 1.58 |
| Custis | 19817 | 1.32 |
| Dorchester | 408 | .23 |
| Durango (und. 1/2 W.450ft.) | 673 (West 1/2 of 1/2 only) | 3.54 |
| Easterly | 6323 | 2.97 |
| Eighty Niner | 16779 | 3.01 |
| Evelyn | 15742 | 3.48 |
| Fremont & Gold King (und. 1/2) | 7953 | 4.81 |
| Gertie (und. 1/2) | 19927 | .82 |
| Gibson (und. 1/2) | 44 | .07 |
| Golden Gad | 13048 | 3.72 |
| Golden Wedge | 406 | .33 |
| Gulch (und. 1/6 of und. 9/10) | 12784 | .58 |
| Howard | 19228 | .91 |
| Independence (und. 1/4) | 15458 | .69 |
| Jefferson (und. 1/2) | 768 | .58 |
| Jefferson (und. 1/2) | 1011 | 1.71 |
| Jessie | 614 | 5.06 |
| Jones & Matteson | 201 | .34 |
| Jones & Matteson | 234 | 3.44 |
| Kansas | 187 | .23 |
| Kansas & Mill Site (und.7472/10000) | 160 A&B | 1.84 |

BOOK **611** PAGE **457**

| | | |
|---|---|---|
| Last Chance (und.1/5) | 7420 or 7240 | .7 |
| Leavenworth | 498 | |
| (und.1/2 E.250FT.) | | .07 |
| (und.1/2 238ft.) | | .26 |
| Little Raven | 16779 | 4.25 |
| | | |
| Margaret | 19229 | 2.52 |
| Mattie May | 731 | 3.72 |
| Meeker less S.R. 80/28 | 870 | 3.44 |
| Monroe (und. 7472/10000) | 8420 | .28 |
| Morris | 16779 | 2.57 |
| Mountain Summet (und. 1/2) | 5612 (West 1/2 of 1/2 only) | UNKNWN |
| New Home | 11131 | 3.49 |
| North (und. 9/48) | 672 | .79 |
| | | |
| Organ (und. 1/2) | 6751 | 2.01 |
| | | |
| Quartz Hill | 19093 | 2.42 |
| Regester | 308 | |
| (und. 1/4) | | UNKNWN |
| (E. 1/2) | | UNKNWN |
| Sick Dutchman | 18054 | 1.90 |
| St. Louis & Mill Site | 113 A&B | .55 |
| Stark Co. (und. 1/2) | 43 | .45 |
| Sullivan | | |
| (und. 7472/10000) | 88 | 1.02 |
| Symonds Forks | 49 | .14 |
| Tiger | 881 | 4.41 |
| Topeka (und 1/2) | 518 | .15 |
| West Como (und. 1/2) | 11131 | 2.23 |
| White Pine | 5598 | 4.71 |

Property: The following patented mining claims, including survey numbers and approximate net acres, located in the County of Gilpin, State of Colorado:

BOOK 594 PAGE 262

| Claim Name | Survey No. | Approx. Net Acres |
|---|---|---|
| Annie | 4588 | 2.32 |
| Baker (UND. 1/2 int.) | 799 | 1.87 |
| Bell | 167 | 1.57 |
| Big Thunder | 59 | 3.27 |
| Blythe | 721 | 1.21 |
| Bouvier | 801 | 3.94 |
| Borton | 389 | 0.23 |
| Burro (UND. 1/2 int.) | 11497 | 1.37 |
| C & H | 11130 | 3.55 |
| Columbia (East 100 ft.) | 565 | .13 |
| Columbia (West 300 ft.) | 565 | .19 |
| Confidence | 102 | 2.45 |
| Continental | 155 | 1.49 |
| Calhoun (1/2 int.) | 837 | 4.50 |
| Calhoun (1/2 int.) | 231 | 0.62 |
| Calhoun (1/2 int.) | 8419 | .15 |
| Climax | 725 | 3.81 |
| Cuckoo | 10048 | 0.40 |
| Diedrick | 937 | 5.17 |
| Dexter | 356 | 2.84 |
| Edenborough | 964 | 2.85 |
| East Calhoun (1/2 int.) | 7319 | 1.68 |
| East Calhoun | 11130 | 1.03 |
| Extenuate | 112 | 1.40 |
| Fourth of July (Portion of) | 647 | 2.17 |
| Free Coinage | 7918 | 3.87 |
| Gardner | 66 A | .95 |
| Gardner | 79 | 1.14 |
| Gardner | 80 | 1.14 |
| Gardner | 5958 | 1.62 |
| Gauntlet | 568 | 2.89 |
| Gibson & M.S. | 70 | 1.78 |
| Gibson (UND. 1/2 int.) | 562 | .55 |
| Gold Bug * | 7918 | 3.49 |
| Gold Coin | 8134 | 3.85 |
| | | 1.94 |
| Gold Retort | 946 | 2.80 |
| Gold Ring | 540 | 4.68 |
| Gold Run | 8134 | 1.37 |
| Grand River | 90 | 4.88 |
| Harlem Except Conflict | 700 | 4.48 |
| Harrisburg | 5598 | |
| Hayes & Wheeler (UND. 1/4 int.) | 746 | .865 |
| Hecla (UND.1/2 int.) | 686 | unknwn |

BOOK 594 PAGE 263

| | | |
|---|---|---|
| Hannibal | 9408 | 2.15 |
| Isabella (UND. 1/2 int.) | 1029 | 0.60 |
| Interocean (Portion of UND. 1/2 int.) | 5625 | 1.56 |
| Herbert | 12070 | .80 |
| Home | 11131 | 2.83 |
| Independence | 16217 | 1.43 |
| Illinois | 101 | 2.77 |
| Ingalls (UND. 1/2 int.) | 78 | .46 |
| Jones & Matteson (UND. 7472/10000 int.) | 158 | 1.72 |
| Kansas (UND. 3/4 int.) | 89 | 0.083 |
| Kansas (UND. 7472/10000 int.) | 121 | 0.055 |
| Kansas & M.S. | 151 A&B | 1.148 |
| Liberty (UND. 1/2 int.) | 13241 | 1.29 |
| Lizzie S. (UND. 1/2 int.) | 12226 | 2.19 |
| Loma | 12070 | 1.70 |
| Little Pittsburg | 6346 | 1.47 |
| Mat France | 60 | 2.98 |
| Mayflower | 6348 | 3.80 |
| Molly Gibson | 8955 | 2.00 |
| Merrimac | 7918 | 3.65 |
| Missouri | 250 | 0.46 |
| Missouri Cross | 974 | 0.47 |
| Modoc | 4587 | 0.79 |
| Pikes Peak Ext. | 1018 | 3.59 |
| New Pikes Peak | 1018 | 1.59 |
| Oakland (Easterly portion) | 4526 | 1.93 |
| Old Rice (UND. 1/2 int.) | 564 (West 1/2 of 1/2 only) | .64 |
| Patches | 20367 | 0.46 |
| Pocahantas | 225 | 0.42 |
| Penn | 11515 | 3.66 |
| Protection | 4698 | 0.917 |
| Quartz Mill (1/2 int.) | 347 | 2.08 |
| Quaker Lane (UND. 1/4 int. + UND. 1/2 of 380/500 int.) | 685 | .40 |
| R.D. Kinney | 443 | 0.43 |
| Rhodrick DHU | 83 | 0.46 |
| Rhoderick, DHU | 485 | 1.14 |
| Shaw | 46 | 1.26 |
| San Juan | 992 | 2.99 |
| Scandia (UND. 39/49 int.) | 649 | 3.53 |
| Swiss Home (UND. 1/2 int.) | 11131 | 2.93 |
| Skelly | 5151 | 3.67 |
| Sylvania | 11515 | 3.66 |
| Straughton | 4578 | 1.78 |
| Sunflower | 6348 | 2.14 |
| Sunshine & Bismark | 6403 | 3.68 |
| Telegraph | 806 | 4.81 |
| Telephone | 805 | 4.93 |
| Thomas Freeman (UND.1/2 int.) | 576 | 0.71 |
| Thornton | 6403 | 3.26 |

INT. _____ RFB

BOOK 594 PAGE 264

| | | |
|---|---|---|
| Times | 779 | 2.67 |
| Tropic | 11130 | 2.58 |
| Vidette | 792 | 2.77 |
| Wheal Vor | 20368 | 0.108 |
| Wright & M.S.  (UND. 1/2 of east 9/15 + UND. 1/2 of west 6/15 + UND. 1/4 of entire claim) | 410 A&B | 6.60 |

The foregoing patented mining claims are located in Gilpin County, Colorado.  [NOTE:  The acreages are approximate and are included for information only.]

EXHIBIT "A" page 3

B6B (Official Form 6B) (12/07)

In re    **Meredon Mining (Nevada), Inc.**                                           Case No.    **09-11958**
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | None | - | 0.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | U.S. Bank Acct. #036-5825-8183 Broomfield, CO | - | 0.00 |
| | | | U.S. Bank Acct. #536-547-08251 Clackamas, OR | - | 0.00 |
| | | | U.S. Bank Acct. #943-4257-2582 Broomfield, CO | - | 0.00 |
| | | | U.S. Bank Acct. #036-5825-8191 Broomfield, CO | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | unknown | - | Unknown |

                                                          Sub-Total >          0.00
                                                          (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Meredon Mining (Nevada), Inc.**                          Case No. _____09-11958_____
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Attached Exhibit 1 | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | unknown | - | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | Unknown | - | Unknown |
| 16. Accounts receivable. | | unknown | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Unknown | - | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                    Sub-Total >              0.00
                                                   (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Exhibit 1

**Schedule B - Personal Property**
Item #13

| Description of Property | % Owned by Debtor | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
| Merendon Mining (Colorado), Inc. | 100% | Unknown |
| Merendon Mining (Arizona), Inc. | 100% | Unknown |
| Merendon Mining (California), Inc. | 100% | Unknown |
| Heritage Financial | Unknown | Unknown |
| C.D.R.T Program | Unknown | Unknown |
| Steller (Stellar) Trust | Unknown | Unknown |
| 360 Earth Resources, Ltd. | Unknown | Unknown |
| Sterling Trust | Unknown | Unknown |
| Base Metals Corporation | Unknown | Unknown |
| Strategic Metals Corporation | Unknown | Unknown |
| Arbor (Arbour) Energy, Inc. | Unknown | Unknown |
| The Institute for Financial Learning | Unknown | Unknown |
| True North Productions LLC | Unknown | Unknown |
| Merendon de Honduras S.A. de C.V. | Unknown | Unknown |
| Merendon Mining Corporation LTD | Unknown | Unknown |
| Merendon Mining Inc. | Unknown | Unknown |
| Merendon de Venezuela C.A. | Unknown | Unknown |
| Merendon de Peru S.A. | Unknown | Unknown |
| Merendon de Ecuador S.A. | Unknown | Unknown |
| Syndicated Gold Depository S.A. nka Bahama Resource Alliance, Ltd. | Unknown | Unknown |
| Evergreen Management Services LLC | Unknown | Unknown |
| Quatro Communication Corporation | Unknown | Unknown |
| Alluvial United Inc. | Unknown | Unknown |
| Bearstone Capital Management Inc. | Unknown | Unknown |
| Bridgewater & Co. Inc. | Unknown | Unknown |
| Cascadia Management Services S.A. | Unknown | Unknown |
| Expedia Logistics | Unknown | Unknown |
| Fortris Business Systems Inc. | Unknown | Unknown |
| Nordic Merchant Credit Union | Unknown | Unknown |
| Onyx Trading Group LLC | Unknown | Unknown |
| Perma Securites S.A. | Unknown | Unknown |
| Steller Management Services | Unknown | Unknown |
| Tena Capital Corporation | Unknown | Unknown |
| Tranisiciones Universial S.A. | Unknown | Unknown |
| Watchers International Transit Ltd. | Unknown | Unknown |
| Capital Alternatives, Inc. | Unknown | Unknown |

B6B (Official Form 6B) (12/07) - Cont.

In re   **Meredon Mining (Nevada), Inc.**                                    ,     Case No. ____09-11958____
                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Various other claims of action for breach of fiduciary duties resulting from the defalcation of assets as well as other causes of actions against potential insiders, affiliates, directors and officers, and transferees** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | unknown | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | unknown | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | unknown | - | Unknown |
| 26. Boats, motors, and accessories. | | unknown | - | Unknown |
| 27. Aircraft and accessories. | | unknown | - | Unknown |
| 28. Office equipment, furnishings, and supplies. | | unknown | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **various items of mining, smelting and furniture and fixtures** | - | Unknown |
| 30. Inventory. | | **gold in various stages of processing and possibly jewelry** | - | Unknown |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Meredon Mining (Nevada), Inc.**                          Case No. ___**09-11958**_____
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **(Weighted Average Secured Promissory Note) due from Syndicated Gold Depository S.A., nka Bahama Resource Alliance Ltd., Panama City, Panama** | - | 100,000,000.00 |

|  |  |
|---|---|
| Sub-Total > | 100,000,000.00 |
| (Total of this page) | |
| Total > | 100,000,000.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Meredon Mining (Nevada), Inc.**
_____,
                                                              Debtor

Case No. _____**09-11958**_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**  continuation sheets attached

Subtotal
(Total of this page)

Total
(Report on Summary of Schedules)

| | |
|---|---|
| | |
| **0.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re    **Meredon Mining (Nevada), Inc.**                                             ,    Case No. __**09-11958**__
                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy