No. 291-4939273

## Gold Basin Mine, Dolin Springs, AZ Legal Description

PARCEL NO. 1:

The EXCELSOR lode mining claim in the Gold Basin Mining District being shown on Mineral Survey No. 2518 on file with the Bureau of Land Management, as granted by Patent recorded in Book 23 of Deeds, Page 110, and situate in Section 22, Township 28 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

PARCEL NO. 2:

The O.K. lode mining claim in the Gold Basin Mining District being shown on Mineral Survey No. 2517A on file with the Bureau of Land Management, as granted by Patent recorded in Book 23 of Deeds, Page 107, and situate in Sections 21 and 22, Township 28 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

PARCEL NO. 3:

The O.K. MILLSITE claim in the Gold Basin Mining District being shown on Mineral Survey No. 2517B on file with the Bureau of Land Management, as granted by Patent recorded in Book 23 of Deeds, Page 107, and situate in Section 13, Township 28 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

Except that portion dedicated to the County of Mohave by dedication recorded in Book 1363 of Official Records, Page 998 described as follows:

That portion of the O.K. MILLSITE, Mineral Survey No. 2517-B lying within the following:

A strip of land 100 feet in width, situate in the Northeast quarter (NE1/4) of Section 13, Township 28 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona, the center line being described as follows:

Commencing at the East quarter corner for said Section 13, a one inch ODIP W/USGLO brass cap (1912);

thence along the East line of said Northeast quarter (NE1/4) of Section 13 North 00 degrees 00 minutes 50 seconds East (Basis of Bearings: True North per direct solar observations in Latitude +- 35 degrees 48 minutes 53 seconds North, Longitude = 114 degrees 08 minutes 56 seconds West), 430.85 feet to the true point of beginning from which point the Northeast corner for said Section 13 a three inch ODIP W/USGLO brass cap (1912) bears North 00 degrees 00 minutes 50 seconds East, 2211.00 feet;

thence along said center line North 21 degrees 03 minutes West, 1414.60 feet;

thence North 23 degrees 27 minutes West, 820.07 feet to the beginning of a tangent curve concave to the Southwest having a radius of 220.37 feet (D = 26 degrees 00 minutes);

No. 291-4939273

thence Westerly along the arc of said curve through a central angle of 66 degrees 52 minutes 10 seconds, 257.19 feet to a point in the North line of said Northeast quarter (NE1/4) of Section 13 from which point the Northeast corner for said Section 13 previously described bears North 89 degrees 40 minutes 50 seconds East, 1038.40 feet;

thence along said North line and tangent to said curve South 89 degrees 40 minutes 50 seconds West, 1600.94 feet to the North quarter (N1/4) corner for said Section 13 and the terminus of said center line from which point the Northwest corner for said Section 13, a two inch ODIP W/USGLO brass cap (1916) bears South 89 degrees 40 minutes 50 seconds West, 2651.28 feet (South 89 degrees 56 minutes West, 2641.3 feet - record). It is intended that the side lines of said strip be prolonged or shortened so as to terminate in the East line of the Northeast quarter (NE1/4) of said Section 13 and the East right-of-way line of God's Pocket Drive, as delineated on the plat of LAKE MEAD RANCHOS UNIT 2, recorded June 20, 1961, at Fee No. 104504, records of Mohave County, Arizona.

Except any portion lying in the Southeast quarter (SE14/) of Section 12, Township 28 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

Our Order No. WR00000039

## Black Rose Mine, Jamestown Colorado Legal Description

PARCEL A:

THE NEW RIVAL LODE MINING CLAIM (UNITED STATES MINERAL SURVEY #17233) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 35 AND 36, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED AUGUST 19, 1919 IN BOOK 385 AT PAGE 140.

PARCEL B:

THE SUNSHINE, SUNSHADE, LONGS PEAK, WISTERIA, WHITE ROSE, BLACK ROSE, LADY IRENE, RED ROSE, YELLOW ROSE AND LADY NELLIE LODE MINING CLAIMS (UNITED STATES MINERAL SURVEY #17874A) AND THE SUN MILL SITE MINING CLAIM (UNITED STATES MINERAL SURVEY #17874B) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTIONS 35 AND 36, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED MAY 11, 1908 IN BOOK 288 AT PAGE 125.

15

Our Order No. W60000940

## Bueno Mine Jamestown Colorado Legal Description

PARCEL A:

THE BUENA LODE MINING CLAIM (UNITED STATES MINERAL SURVEY NO. 421) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED _____, UNDER RECEPTION NO. _____, COUNTY OF BOULDER, STATE OF COLORADO.

PARCEL B:

THE CENTRAL PACIFIC AND GRANT LODE MINING CLAIMS (UNITED STATES MINERAL SURVEY NO. 7583) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED DECEMBER 31, 1896, IN BOOK 167 AT PAGE 155, COUNTY OF BOULDER, STATE OF COLORADO.

PARCEL C:

THE ANDREW JACKSON LODE MINING CLAIM (UNITED STATES MINERAL SURVEY NO. 16449) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED MAY 01, 1906, IN BOOK 288 AT PAGE 77, COUNTY OF BOULDER, STATE OF COLORADO.

PARCEL D:

THE PICKARD LODE MINING CLAIM (UNITED STATES MINERAL SURVEY NO. 4953) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED FEBRUARY 28, 1955, IN BOOK 972 AT PAGE 497, COUNTY OF BOULDER, STATE OF COLORADO.

PARCEL E:

THE BUFFALO, NEVADA, EQUATOR, COLORADO, KANSAS, MISSOURI, ILLINOIS, INDIANA, OHIO AND KENTUCKY LODE MINING CLAIMS (UNITED STATES MINERAL SURVEY NO. 12569A) AND KENTUCKY MILL SITE CLAIM (UNITED STATES MINERAL SURVEY NO. 12569B) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED JULY 11, 1900, IN BOOK 204 AT PAGE 174,

EXCEPT THAT TRACT OF LAND AS CONVEYED IN DEED RECORDED AUGUST 09, 1973, UNDER RECEPTION NO. 78298 AND ALSO

EXCEPT THAT TRACT OF LAND AS CONVEYED IN DEED RECORDED JANUARY 02, 1975, UNDER RECEPTION NO. 125762 AND ALSO

EXCEPT THOSE TRACTS OF LAND AS CONVEYED IN DEEDS RECORDED DECEMBER 22, 1999, UNDER RECEPTION NOS. 2009080 AND 2009081, COUNTY OF BOULDER, STATE OF COLORADO.

Our Order No. W80000040

## LEGAL DESCRIPTION

TOGETHER WITH THE RIGHT OF INGRESS EGRESS PURPOSES AS SET FORTH IN INSTRUMENT RECORDED DECEMBER 27, 2000, UNDER RECEPTION NO. 2108015.

PARCEL F:

THE EMMETT LODE MINING CLAIM (UNITED STATES MINERAL SURVEY NO. 29668) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED MAY 04, 1957, IN BOOK 1043 AT PAGE 328, COUNTY OF BOULDER, STATE OF COLORADO.

PARCEL G:

THE AFTERTHOUGHT LODE MINING CLAIM (UNITED STATES MINERAL SURVEY NO. 20675) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED JANUARY 17, 1947, IN BOOK 799 AT PAGE 253, COUNTY OF BOULDER, STATE OF COLORADO.

PARCEL H:

THE NUCLEAR LODE MINING CLAIM (UNITED STATES MINERAL SURVEY NO. 20862) LOCATED IN THE CENTRAL MINING DISTRICT AND EMBRACING A PORTION OF SECTIONS 13 AND 24, TOWNSHIP 2 NORTH, RANGE 72 WEST OF THE 6TH PRINCIPAL MERIDIAN, ALL AS SET FORTH AND PATENTED IN UNITED STATES PATENT RECORDED MAY 24, 1965, AT RECEPTION NO. 784246, COUNTY OF BOULDER, STATE OF COLORADO.

## GLORY HOLE POPERTY DESCRIPTION

Property: Undivided 1/2 Parcel of Ground Described as B-lll, P.-230 (HOOPER GROUND) Central City, State of Colorado.

1. All rights in and to "the pipe litl.4 pipeline extending from the Glory Hole Mill to the town of Black Hawk, Colorado, together with all easements, privileges, franchises and other rights with respect thereto, described as follows:

(a) Portion of 7000 feet of 8" pipe from pump Station in Black Hawk to old mill in Central City;
(b) Portion of 4000 feet of 8" pipe from old mill to new mill on Tropic Lode III-Central;

2. All rights in and to that certain powerline together with easements, poles, insulators, transformers furnishings (or which finished power) to the Glory Hole Mill, described as follows: Portion of 11-KW line from Black Hawk Station to Chain O'Mines substation & 13-KW line with 43 poles, crossarms & insulators CC & BH.

3. All rights in and to the Glory Hole Mill Buildings, shafthouses, gallows and equipment including all mill machinery, transformers, water tanks, crusher plant, ore bins, conveyors and all machinery inside and outside of Mill Building on Tropic #11130 III-Central.

4. Lot in Block 24, Central City, described in Book 130, page 340 and 341, also described in Book 125, Page 92 (next to Ward Lot and opposite Lot 6, Block 22).

All right. title and interest in and to the real property which is described in that certain Mining Deed dated July, 26, 1929, recorded on November 18, 1929, in 'Book 202, Page 160, of the Gilpin County Clerk and Recorder's Office.

| Claim Name | ey No. | | Net Acres |
|---|---|---|---|
| Agra (und. 1/2) | 794 | (WESTERN 1/2 of 1/2 only) | .73 |
| Alger | 367 | | .39 |
| Annie Mary | 11571 | | 4.34 |
| Argo (und. 1/2 int.) | 567 | (WEST 1/2 of 1/2 only) | 4.49 |
| Avondale | 6348 | | 2.72 |
| Baldwin | 15486 | | 4.0 |
| Bismark | 6403 | | 2.39 |
| Buffalo | 15740 | | .77 |
| Calhoun | 231 | | 1.43 |
| Calumet & Hecla #1 | 11267 | | 5.23 |
| Calumet & Hecla #2 | 13048 | | 3.72 |
| Cecil | 11171 | | .64 |
| Como (und. 1/2) | 11131 | | 2.1 |
| Copper Bottom (und. 1/2) | 766 | (WEST 1/2 of 1/2 only) | 1.58 |
| Custis | 19817 | | 1.32 |
| Dorchester | 408 | | .23 |
| Durango (und. 1/2 W.450ft.) | 673 | (West 1/2 of 1/2 only) | 3.54 |
| Easterly | 6323 | | 2.97 |
| Eighty Niner | 16779 | | 3.01 |
| Evelyn | 15742 | | 3.48 |
| Fremont & Gold King (und. 1/2) | 7953 | | 4.81 |
| Gertie (und. 1/2) | 19927 | | .82 |
| Gibson (und. 1/2) | 44 | | .07 |
| Golden Gad | 13048 | | 3.72 |
| Golden Wedge | 406 | | .33 |
| Gulch (und. 1/6 of und. 9/10) | 12784 | | .58 |
| Howard | 19228 | | .91 |
| Independence (und. 1/4) | 15458 | | .69 |
| Jefferson (und. 1/2) | 768 | | .58 |
| Jefferson (und. 1/2) | 1011 | | 1.71 |
| Jessie | 614 | | 5.06 |
| Jones & Matteson | 201 | | .34 |
| Jones & Matteson | 234 | | 3.44 |
| Kansas | 187 | | .23 |
| Kansas & Mill Site (und.7472/10000) | 160 A&B | | 1.84 |

BOOK 611 PAGE 457

| Name | Number | Value |
|---|---|---|
| Last Chance (und. 1/5) | 7420 or 7240 | .7 |
| Leavenworth | 498 | |
|   (und. 1/2 E.250FT.) | | .07 |
|   (und. 1/2 238ft.) | | .26 |
| Little Raven | 16779 | 4.25 |
| Margaret | 19229 | 2.52 |
| Mattie May | 731 | 3.72 |
| Meeker less S.R. 80/28 | 870 | 3.44 |
| Monroe (und. 7472/10000) | 8420 | .28 |
| Morris | 16779 | 2.57 |
| Mountain Summet (und. 1/2) | 5612 (West 1/2 of 1/2 only) | UNKNWN |
| New Home | 11131 | 3.49 |
| North (und. 9/48) | 672 | .79 |
| Organ (und. 1/2) | 6751 | 2.01 |
| Quartz Hill | 19093 | 2.42 |
| Regester | 308 | |
|   (und. 1/4) | | UNKNWN |
|   (E. 1/2) | | UNKNWN |
| Sick Dutchman | 18054 | 1.90 |
| St. Louis & Mill Site | 113 A&B | .55 |
| Stark Co. (und. 1/2) | 43 | .45 |
| Sullivan | | |
|   (und. 7472/10000) | 88 | 1.02 |
| Symonds Forks | 49 | .14 |
| Tiger | 881 | 4.41 |
| Topeka (und 1/2) | 518 | .15 |
| West Como (und. 1/2) | 11131 | 2.23 |
| White Pine | 5598 | 4.71 |

Property: The following patented mining claims, including survey numbers and approximate net acres, located in the County of Gilpin, State of Colorado:

BOOK 594 PAGE 262

| Claim Name | Survey No. | Approx. Net Acres |
|---|---|---|
| Annie | 4588 | 2.32 |
| Baker (UND. 1/2 int.) | 799 | 1.87 |
| Bell | 167 | 1.57 |
| Big Thunder | 59 | 3.27 |
| Blythe | 721 | 1.21 |
| Bouvier | 801 | 3.94 |
| Borton | 389 | 0.23 |
| Burro (UND. 1/2 int.) | 11497 | 1.37 |
| C & H | 11130 | 3.55 |
| Columbia (East 100 ft.) | 565 | .13 |
| Columbia (West 300 ft.) | 565 | .19 |
| Confidence | 102 | 2.45 |
| Continental | 155 | 1.49 |
| Calhoun (1/2 int.) | 837 | 4.50 |
| Calhoun (1/2 int.) | 231 | 0.62 |
| Calhoun (1/2 int.) | 8419 | .15 |
| Climax | 725 | 3.81 |
| Cuckoo | 10048 | 0.40 |
| Diedrick | 937 | 5.17 |
| Dexter | 356 | 2.84 |
| Edenborough | 964 | 2.85 |
| East Calhoun (1/2 int.) | 7319 | 1.68 |
| East Calhoun | 11130 | 1.03 |
| Extenuate | 112 | 1.40 |
| Fourth of July (Portion of) | 647 | 2.17 |
| Free Coinage | 7918 | 3.87 |
| Gardner | 66 A | .95 |
| Gardner | 79 | 1.14 |
| Gardner | 80 | 1.14 |
| Gardner | 5958 | 1.62 |
| Gauntlet | 568 | 2.89 |
| Gibson & M.S. | 70 | 1.78 |
| Gibson (UND. 1/2 int.) | 562 | .55 |
| Gold Bug | 7918 | 3.49 |
| Gold Coin | 8134 | 3.85 |
| Gold Retort | 946 | 1.94 |
| Gold Ring | 540 | 2.80 |
| Gold Run | 8134 | 4.68 |
| Grand River | 90 | 1.37 |
| Harlem Except Conflict | 700 | 4.88 |
| Harrisburg | 5598 | 4.48 |
| Hayes & Wheeler (UND. 1/4 int.) | 746 | .865 |
| Hecla (UND. 1/2 int.) | 686 | unknwn |

BOOK 594 PAGE 263

| Name | Number | Value |
|---|---|---|
| Hannibal | 9408 | 2.15 |
| Isabella (UND. 1/2 int.) | 1029 | 0.60 |
| Interocean (Portion of UND. 1/2 int.) | 5625 | 1.56 |
| Herbert | 12070 | .80 |
| Home | 11131 | 2.83 |
| Independence | 16217 | 1.43 |
| Illinois | 101 | 2.77 |
| Ingalls (UND. 1/2 int.) | 78 | .46 |
| Jones & Matteson (UND. 7472/10000 int.) | 158 | 1.72 |
| Kansas (UND. 3/4 int.) | 89 | 0.083 |
| Kansas (UND. 7472/10000 int.) | 121 | 0.055 |
| Kansas & M.S. | 151 A&B | 1.148 |
| Liberty (UND. 1/2 int.) | 13241 | 1.29 |
| Lizzie S. (UND. 1/2 int.) | 12226 | 2.19 |
| Loma | 12070 | 1.70 |
| Little Pittsburg | 6346 | 1.47 |
| Mat France | 60 | 2.98 |
| Mayflower | 6348 | 3.80 |
| Molly Gibson | 8955 | 2.00 |
| Merrimac | 7918 | 3.65 |
| Missouri | 250 | 0.45 |
| Missouri Cross | 974 | 0.27 |
| Modoc | 4587 | 0.79 |
| Pikes Peak Ext. | 1018 | 3.59 |
| New Pikes Peak | 1018 | 1.59 |
| Oakland (Easterly portion) | 4526 | 1.93 |
| Old Rice (UND. 1/2 int.) | 564 (West 1/2 of 1/2 only) | .64 |
| Patches | 20367 | 0.46 |
| Pocahantas | 225 | 0.42 |
| Penn | 11515 | 3.66 |
| Protection | 4698 | 0.917 |
| Quartz Mill (1/2 int.) | 347 | 2.08 |
| Quaker Lane (UND. 1/4 int. + UND. 1/2 of 380/500 int.) | 665 | .40 |
| R.D. Kinney | 443 | 0.43 |
| Rhodrick DHU | 83 | 0.46 |
| Rhoderick, DHU | 485 | 1.14 |
| Shaw | 46 | 1.26 |
| San Juan | 992 | 2.99 |
| Scandia (UND. 39/49 int.) | 649 | 3.53 |
| Swiss Home (UND. 1/2 int.) | 11131 | 2.93 |
| Skelly | 5151 | 3.67 |
| Sylvania | 11515 | 3.66 |
| Straughton | 4578 | 1.78 |
| Sunflower | 6348 | 2.14 |
| Sunshine & Bismark | 6403 | 3.68 |
| Telegraph | 805 | 4.81 |
| Telephone | 805 | 4.93 |
| Thomas Freeman (UND.1/2 int.) | 575 | 0.71 |
| Thornton | 6403 | 3.26 |

INT. [initials] RFB

| | | |
|---|---|---|
| Times | 779 | 2.67 |
| Tropic | 11130 | 2.58 |
| Vidette | 792 | 2.77 |
| Wheal Vor | 20368 | 0.108 |
| Wright & M.S. (UND. 1/2 of east 9/15 + UND. 1/2 of west 6/15 + UND. 1/4 of entire claim) | 410 A&B | 6.60 |

The foregoing patented mining claims are located in Gilpin County, Colorado. [NOTE: The acreages are approximate and are included for information only.]

BOOK 594 PAGE 264

EXHIBIT "A" page 3