**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

| | |
|---|---|
| Case No: 09-11958    AJC    Judge: A. JAY CRISTOL | Trustee Name: MARCIA T. DUNN, TRUSTEE |
| Case Name: MERENDON MINING (NEVADA), INC. | Date Filed (f) or Converted (c): 02/04/09 (f) |
| | 341(a) Meeting Date: 10/16/09 |
| For Period Ending: 12/31/14 | Claims Bar Date: 01/14/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DISCOVERY DAY MINE, CALIFORNIA | Unknown | 0.00 | | 0.00 | FA |
|     See Asset No. 32 | | | | | |
| 2. GOLD BASIN MINE, DOLEN SPRINGS, AZ | Unknown | 0.00 | OA | 0.00 | FA |
|     Notice of Abandonment, 1/24/13, ECF 315 | | | | | |
| 3. BLACK ROSE MINE, JAMESTOWN, COLORADO | Unknown | 270,000.00 | | 270,000.00 | FA |
| 4. BUENO MINE, JAMESTOWN, COLORADO | Unknown | 270,000.00 | | 270,000.00 | FA |
| 5. MINERAL, GAS AND OIL RIGHTS ASSOC. WITH PROPERTIES | Unknown | 0.00 | | 0.00 | FA |
|     See Asset 1, 3, 4, 7 and 32 | | | | | |
| 6. MANUF. (SMELTING) FACILITY IN HONDURAS | Unknown | 10,000.00 | | 10,000.00 | FA |
| 7. GLORY HOLE MINE | Unknown | 600,000.00 | | 600,000.00 | FA |
| 8. CASH ON HAND - None | 0.00 | 0.00 | | 0.00 | FA |
| 9. U.S. BANK ACCT X8183 | 0.00 | 0.00 | | 0.00 | FA |
| 10. U.S. BANK ACCT. X8251 | 0.00 | 0.00 | | 0.00 | FA |
| 11. U.S. BANK ACCT. X2582 | 0.00 | 0.00 | | 0.00 | FA |
| 12. U.S. BANK ACCT. X8191 | 0.00 | 0.00 | | 0.00 | FA |
| 13. INTERESTS IN INSURANCE POLICIES | Unknown | 0.00 | | 0.00 | FA |
| 14. STOCK AND BUSINESS INTERESTS | Unknown | 1.00 | | 0.00 | 1.00 |
| 15. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES | Unknown | 1.00 | | 0.00 | 1.00 |
| 16. GOVERNMENT AND CORP BONDS | Unknown | 0.00 | | 0.00 | FA |
| 17. ACCOUNTS RECEIVABLE | Unknown | 1.00 | | 0.00 | 1.00 |
| 18. OTHER LIQUIDATED DEBTS OWED TO DEBTOR | Unknown | 1.00 | | 0.00 | 1.00 |
| 19. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | Unknown | 1.00 | | 0.00 | 1.00 |
| 20. PATENTS, COPYRIGHTS AND OTHER INTELL PROPERTY | Unknown | 1.00 | | 0.00 | 1.00 |
| 21. LICENSES, FRANCHISES, AND OTHER GENERAL INTANG. | Unknown | 1.00 | | 0.00 | 1.00 |
| 22. AUTOMOBILES AND OTHER VEHICLES | Unknown | 0.00 | OA | 0.00 | FA |
|     Notice of Abandonment, 1/24/13, ECF 315 | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

| | |
|---|---|
| Case No: | 09-11958   AJC   Judge: A. JAY CRISTOL |
| Case Name: | MERENDON MINING (NEVADA), INC. |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Date Filed (f) or Converted (c): | 02/04/09 (f) |
| 341(a) Meeting Date: | 10/16/09 |
| Claims Bar Date: | 01/14/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. BOATS, MOTORS, AND ACCESSORIES | Unknown | 0.00 | OA | 0.00 | FA |
| Notice of Abandonment, 1/24/13, ECF 315 | | | | | |
| 24. AIRCRAFT AND ACCESSORIES | Unknown | 0.00 | OA | 0.00 | FA |
| Notice of Abandonment, 1/24/13, ECF 315 | | | | | |
| 25. OFFICE EQUIPMENT, FURNISHINGS | Unknown | 0.00 | OA | 0.00 | FA |
| Notice of Abandonment, 1/24/13, ECF 315 | | | | | |
| 26. MACHINERY, FIXTURES, AND BUSINESS E | Unknown | 0.00 | OA | 0.00 | FA |
| Notice of Abandonment, 1/24/13, ECF 315 | | | | | |
| 27. INVENTORY - GOLD IN VARIOUS STAGES OF PROCESSING | Unknown | 1.00 | | 0.00 | 1.00 |
| 28. PROMISSORY NOTE DUE FROM SYNDICATED GOLD DEPOS. | 100,000,000.00 | 1.00 | | 0.00 | 1.00 |
| 29. ADV. 09-02518 DUNN V. BROST, ET LA. (u) | 0.00 | 24,960.00 | | 24,960.00 | FA |
| 30. 33.1%  STOCK INTEREST IN MERENDON DE PERU, S.A. (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 31. Post-Petition Interest Deposits (u) | 0.00 | 4.21 | | 4.21 | FA |
| 32. TRINITY ALPS RESOURES, INC., DISCOVER DAY, LLC & (u) BOWERMAN HOLDINGS LLC. | 0.00 | 350,000.00 | | 350,000.00 | FA |
| 33. SECURITIES AND EXCHANGE COMMISSION V. MERENDON (u) CASE NO. C10-955RAJ | 0.00 | 90,005.20 | | 90,005.20 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $100,000,000.00 | $1,614,979.41 | | $1,614,969.41 | $10.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 28, 2011 Sale of U.S. Mines.  Since the Spring of 2010, the trustee and her professionals, her counsel Gray

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 09-11958   AJC   Judge: A. JAY CRISTOL | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Case Name: | MERENDON MINING (NEVADA), INC. | Date Filed (f) or Converted (c): | 02/04/09 (f) |
| | | 341(a) Meeting Date: | 10/16/09 |
| | | Claims Bar Date: | 01/14/10 |

Robinson and her auctioneer Fisher Auction Co., and  have been diligently searching locate a buyer for the mining interests located in the United States that became property of the estate when the Court entered Partial Summary Judgment in favor of the trustee (D.E. 62) on March 11, 2010.  The mining holdings are located in three states: Colorado, California, and Arizona.

Colorado Mining Properties.  On September 3, 2010, the trustee filed a motion to sell the three mining properties in Colorado (Glory Hole, Bueno, and Black Rose) free and clear of all interests and subject to higher or better offers (the "Sale Motion") [D.E. 167] based on a letter of intent from Coral Gables Internationa Business Enterprises, LLC for $2,250,000.  At that time, the trustee commenced Adversary Proceeding No. 10-03623 to determine the validity, extent, and priority of any interests in the Colorado mines [D.E. 177].  Unfortunately, the buyer failed to make a deposit or enter into an asset purchase agreement.  On June 6, 2011, the trustee accepted an offer and entered into a contract to sell the Glory Hole mining properties to Glory Development Company for $495,000 free and clear of any interest, but subject to the property tax liens assessed by the Gilpin County, Colorado Treasurer, and subject to being the highest or best offer at auction.  On June 9, 2011, the trustee filed an amended Sale Motion based on that contract.  The hearing on the amended Sale Motion and the pretrial conference on corresponding Adv. Proc. No. 10-03623 are set for July 21 at 3:00 p.m.  Also set for that date and time is the pretrial conference in Adv. Proc. No. 09-02518.  The trustee plans to set the auction date 60 days after the court approves the sale motion.  Fisher Auction Co. has a marketing plan that will provide notice of the sale of the Glory Hole mining properties to as many potential buyers as possible.  The trustee is also looking for a buyer for the remaining two mines in Colorado (Bueno and Black Rose).

California Mining Property.  On April 7, 201, the trustee reached a settlement agreement with the record title owner and those claiming ownership (Trinity Alps Rousources, Inc., Disclvoery Day, LLC, and Bowerman Holdings, LLC) of the mining property in California (Discovery Day).  On May 5, the Court entered an order granting the motion.  Pursuant to the settlement, the trustee will be paid either (a) $250,000 if paid in full by August 3, (b) $300,000 if paid in full by May 5, 2012, or (c) a transfer of legal title to the property if not paid those amounts.  The trustee has already received a non-refundable $50,000 deposit from the settling parties.  This is a great result for the estate because of the uphill fight the trustee had against the legal owners of the California mine.  The trustee has no other interests in California.

Arizona Mining Property.  The trustee has one mining property in Arizona (Gold Basin), and is looking for a buyer for it.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    4

| | | | |
|---|---|---|---|
| Case No: | 09-11958    AJC   Judge: A. JAY CRISTOL | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Case Name: | MERENDON MINING (NEVADA), INC. | Date Filed (f) or Converted (c): | 02/04/09 (f) |
| | | 341(a) Meeting Date: | 10/16/09 |
| | | Claims Bar Date: | 01/14/10 |

SEC.  The trustee is working cooperatively with the SEC regarding its claims for the benefit of the investors of the fraud.  The trustee has not been objecting to late-filed claims filed by investors that have only now learned about the bankruptcy.

July 11, 2011 Conference call held by trustee and all professionals with regard to potential sale of Glory Hole mine.

August 02, 2011 Trustee filed Motion to (A) Approve the Sale of The Bueno And Black Rose Mining Properties Free And Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §363; (B) Set the Sale Procedures and Sale Hearing Date; And (C) Set the Notice Procedures For the Sale .

September 13, 2011 Trustee filed Objection to Claim #482.

September 22, 2011 Trustee filed Joint Response to Paul Garfinkle's Objection to the Trustee's Motion to Approve a Settlement with the Estate of Harold Caldwell.

September 30, 2011 Order Granting Motion To Approve Settlement with the Estate of Harold Caldwell through it's Personal Representative has been entered.

October 14, 2011 Pretrial in Dunn-Clearwater matter has been continued to December 12, 2011.

December 30, 2011  Auction scheduled for January 4, 2012.

January 05, 2012 Auction was conducted; Bueno and Boulder County Mines were sold for $540,000.  Sale was approved by the Court.

January 13, 2012
On February 4, 2009, three petitioning creditors filed an Involuntary Petition against the debtor Merendon Mining (Nevada), Inc. On June 6, 2009, the Court entered an Order for Relief. The debtor was operating a Ponzi scheme with numerous non-debtor alter egos.  The Court substantively consolidated the Debtor with  those alter egos on January 27, 2010 (D.E. 20 in Adversary Proceeding No. 09-02518, also filed as D.E. 84 in Case No. 09-11958), as amended on February 26, 2010 (see D.E. 56 in that adversary proceeding).  On March 11, 2010, the Court entered an order granting partial summary judgment in favor of the trustee in Adversary Proceeding No. 09-02518 that inter alia piercing the corporate

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    5

| | |
|---|---|
| Case No: | 09-11958    AJC   Judge: A. JAY CRISTOL |
| Case Name: | MERENDON MINING (NEVADA), INC. |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Date Filed (f) or Converted (c): | 02/04/09 (f) |
| 341(a) Meeting Date: | 10/16/09 |
| Claims Bar Date: | 01/14/10 |

veil of the non-debtor alter egos that had mining interests in Colorado, California, and Arizona (the "American Mines"),
and determining that the American Mines were property of the estate.  Multiple parties disputed the estate's interest
in the Discovery Day mine in California and the Glory Hole mine in Colorado.  The Trustee settled her disputes with the
legal title owners of the Discovery Day mine providing for $300,000 to the estate by May 2012 or a grant of legal title
in the Discovery Day mine pursuant to the Order Granting the Trustee's Motion to Approve Settlement entered by the Court
on May 5, 2011 (D.E. 236).  The Trustee settled her disputes with those claiming to own the Glory Hole mine for
$600,000 pursuant to the Order Granting the Trustee's Motion to Approve Settlement entered by the Court on September 29,
2011 (D.E. 282).  That amount has been paid.  The trustee held an Auction of the remaining Colorado mines (the Bueno
and Black Rose mines) on January 4, 2012, and the Court approved the sale to the high bidder for $540,000.  The trustee
is currently reviewing its remaining holdings in Arizona, as well as its interests in mines located in South America to
determine the best course of action to benefit the estate.  The trustee is working in conjunction with the Canadian
receiver as well as the SEC, both of whom are investigating this Ponzi scheme.

February 29, 2012 Pre-trial conferences in adversary proceedings of Dunn vs. Brost, and Dunn vs. Cahill Werner have been
continued to April 23, 2012.

March 15, 2012 Stipulation has been executed:  STIPULATION FOR SETTLEMENT BETWEEN MARCIA DUNN, AS CHAPTER 7 TRUSTEE FOR
THE ESTATE OF MERENDON MINING (NEVADA), INC. AND WORLDWIDE RENTAL SERVICES, INC. A/K/A WORLDWIDE MACHINERY, INC.  The
Trustee shall pay, from the proceeds of the sale of the Bueno and Black Rose Mining Properties, $88,817 ("Settlement
Sum") in full satisfaction of Worldwide's lien interest in the sale proceeds and claim in this case.

May 03, 2012 Order was entered Granting Trustee's Motion to Approve Settlement with Worldwide Rental Services, Inc. aka
Worldwide Machinery, Inc.

June 07, 2012 Unopposed Motion for Payment of Funds by Plaintiff Securities and Exchange Commission.

June 13, 2012 Order to Transfer Funds granting Plaintiff Securities and Exchange Commission's Unopposed Motion for
Payment of Funds was entered.

July 18, 2012 Hearing with respect to the Pretrial Conference in Adv. Proc. No. 09-02518-AJC scheduled for hearing on
July 23, 2012  to be continued; legal work is on-going.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    6

| | |
|---|---|
| Case No: | 09-11958    AJC    Judge: A. JAY CRISTOL |
| Case Name: | MERENDON MINING (NEVADA), INC. |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Date Filed (f) or Converted (c): | 02/04/09 (f) |
| 341(a) Meeting Date: | 10/16/09 |
| Claims Bar Date: | 01/14/10 |

July 21, 2012 Agreed Ex Parte Motion to Continue hearing to August 20, 2012.

July 23, 2012   Order Granting Motion to Continue Hearing and all Corresponding Pre-Trial Deadlines.  Hearing is rescheduled to 8/20/12.

August 07, 2012 Trustee's counsel is attempting to sell estate's interest in mines in South America and in Peru.

August 13, 2012 Agreed Ex Parte Motion to Extend Time to Continue for at Least Sixty Days the Pre-Trial Conference currently set for August 20, 2012.

August 16, 2012 Order Granting Motion to Continue Pre-Trial Conference and Continuing all Corresponding Pre-Trial Deadlines.  Pre-Trial Conference set for 10/22/2012.

September 13, 2012 Estate tax returns prepared, executed and filed.

October 03, 2012 Agreed Order Granting Motion to Continue Pre-Trial Conference and Continuing all Corresponding Pre-Trial Deadlines. Pre-Trial Conference is set for 11/19/2012.

November 19, 2012 Order Granting Motion to Continue Pre-Trial Conference and Continuing all Corresponding Pre-Trial Deadlines. Pre-Trial Conference is set for 01/14/2013.

November 28, 2012 Trustee's Motion for Entry of Order Authorizing Trustee to Join Objections to Certain Claims in a Single Objection.

December 17, 2012 Trustee's counsel currently undertaking a review of the more than 640 claims and will be preparing omnibus objections.  This week, the court approved adding additional bases to object to include objections based on incorrect, priority, security, and amount (based on unenforceability). Trustee to determine how to administer the estate's international holdings and its claims against the principals of the Ponzi scheme and the substantively consolidated international companies.  Trustee is working with Fisher Auction to market the trustee's right title and interest in the South American real property. Trustee's counsel to complete work needed to close out the adversary proceedings, sell the estate's interest in the remaining international assets, take any additional action with respect to the principals and the international companies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    7

| | |
|---|---|
| Case No: | 09-11958      AJC    Judge: A. JAY CRISTOL |
| Case Name: | MERENDON MINING (NEVADA), INC. |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Date Filed (f) or Converted (c): | 02/04/09 (f) |
| 341(a) Meeting Date: | 10/16/09 |
| Claims Bar Date: | 01/14/10 |

January 16, 2013 Order has been entered Continuing Pre-Trial Conference in adversary #09-02518-AJC to 03/18/2013.

January 28, 2013 Chapter 7 Trustee's Motion to Enforce Agreement with Sorenson Defendants, for Sanctions, and for Final Judgment.  Hearing has been set for February 13, 2013.

February 05, 2013 Ex Parte Motion to Continue Hearing on Trustee's Motion to Enforce Agreement and for Entry of Final Judgment.

February 07, 2013 Notice to Withdraw Ex Parte Motion to Continue the Hearing Currently Scheduled for February 13, 2013. Order Denying as Moot Ex Parte Motion to Continue Hearing Currently Set for February 13, 2013.

February 07, 2013 Conference call was conducted by trustee and her counsel with all creditors who chose to participate to discuss status of case.

February 14, 2013 Order entered Granting Motion to Enforce Agreement with Sorenson Defendants, and for Sanctions against Sorenson Defendants and Final Judgment against Sorenson Defendant.

April 03, 2013 Second conference call was conducted by trustee and her counsel with all creditors who chose to participate to discuss status of case.

April 03, 2013 Trustee is in the process of reviewing claims.

April 15, 2013 Trustee filed Trustee's Omnibus Objection to the first 50 Claims.

April 19, 2013 Court entered Order Approving Trustee's Notice of Abandonment and Overruling Objections to the same.

May 01, 2013 Trustee filed Trustee's Omnibus Objection to Claim of Ann Kilduff.

May 28, 2013 Order was entered Sustaining in Part First Omnibus Objection to Claim #2, #3, #10, #14, #22, #23, #24, #34, #39, #48, #49 and #50 and Agreed Order Striking Claim # 633 of the United States Securities and Exchange Commission

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    8

| | |
|---|---|
| Case No: | 09-11958      AJC    Judge: A. JAY CRISTOL |
| Case Name: | MERENDON MINING (NEVADA), INC. |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Date Filed (f) or Converted (c): | 02/04/09 (f) |
| 341(a) Meeting Date: | 10/16/09 |
| Claims Bar Date: | 01/14/10 |

May 31, 2013 Trustee filed Omnibus Objection to Claim of Dreanne Logan- Claim #51, Robin & David Cohn- Claim #52, Gary Kury- Claim #53 & #54, Howard Siegrist- Claim #55, Franco Rusich- Claim #56, Jonathan Stoski- Claim #57, Costanzo Constantine- Claim #58, Ann Lewis- Claim #59, Eric Mason- Claim #60, Shuxia Zhou (Canje Int Inc)- Claim #61, Fain Cowie- Claim #62, JoAnne McKee- Claim #63, Edmund Button- Claim #64, David L'Hirondelle- Claim #65, Susie Zhou- Claim #66, Joseph A. Macala- Claim #67, Mitchell Sookdeo- Claim #68, Valorie Soleibe- Claim #69, Gail Jordan- Claim #70, Sharon Frederick- Claim #71, Walter Storm- Claim #72 & #74, Marne Hall (Turnbull)- Claim #73, Nolan Hoyme- Claim #75, Bill & Jan Millikin- Claim #76, Marshall Yaremico- Claim #77, Gene & Martha Waldorf- Claim #78, Hong Zhou- Claim #79, David L. Heibert- Claim #80, Joanne Osband- Claim #81, Keith Lapp- Claim #82, Jerry Wnuk/Sandra Taylor- Claim #83, Deborah Chamitoff- Claim #84, Joanne MacDonald- Claim #85, Kathryn Tanti- Claim #86, Ron Vandebeld- Claim #87, Liando Barraza- Claim #88, Norman Wong- Claim #89, Darcy Guillemaud- Claim #90, Moonlite Copper Sea Resources Ltd- Claim #91, Brenda Ferschweiler- Claim #92, Bettina C. Antle- Claim #93, Colin Nilsson- Claim #94, Frank Ruddy- Claim #95, Lloyd Byra- Claim #96, Helen Rusich- Claim #97, Eddie Scarborough, Sr.- Claim #98, Laura Nielsen (St Anne's Investments LL)- Claim #99 and Vera Edwards- Claim #100.

June 04, 2013 Agreed Order entered Sustaining in Part and Denying in Part Trustee's First Omnibus Objection and Allowing General Unsecured Claims to Claims Nos. 1,4,5,6,7,8,9,10,11,12,13,15,16,17,20,21,25,26,27,28,29,30,31,32,33,35,36,37,41,42 & 43.

June 04, 2013 Trustee obtained Final Permanent Injunction.

June 12, 2013 Joined Agreed Motion for Turnover between Chapter 7 Trustee and Nordic Credit Union was filed.

September 11, 2013 Trustee has filed Certificates of No Response to Trustee's First and Second Omnibus Objection to Proofs of Claim and Request for Entry of Orders.  Claims objections process is on-going.

September 12, 2013   Court entered Amended Agreed Order Sustaining In Part And Denying In Part First Omnibus Objection, And Allowing General Unsecured Claims.

September 16, 2013 Estate federal and Florida tax returns have been prepared, executed and filed.

September 18, 2013 Order was entered Sustaining In Part Trustee's Second Omnibus Objection to Claim numbers 51, 52, 53, 54, 58, 59, 60, 62, 63, 68, 69, 72, 74, 76, 78, 80, 86, 87, 89, 91, 93, 94, 95, 96 and 99.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     9

| | | |
|---|---|---|
| Case No: | 09-11958     AJC   Judge: A. JAY CRISTOL | Trustee Name:                    MARCIA T. DUNN, TRUSTEE |
| Case Name: | MERENDON MINING (NEVADA), INC. | Date Filed (f) or Converted (c):  02/04/09 (f) |
| | | 341(a) Meeting Date:             10/16/09 |
| | | Claims Bar Date:                 01/14/10 |

September 19, 2013 Order was entered Sustaining in Part Trustee's First Omnibus Objection to Claim Numbers 19, 38, 40 and 47.

October 09, 2013 Numerous Orders were entered on Trustee's Objections to Claims, as follows:

"    DE 363 - Agreed Order Sustaining in Part and Denying in Part Second Omnibus Objection to Claims Nos. 55, 56, 57, 61, 64, 65, 66, 67, 70, 71, 73, 75, 77, 79, 81, 82, 83, 84, 85, 88, 90, 92, 97, 98 and 100;

"    De 364 - Amended Agreed Order Sustaining in Part and Denying in Part Re: [DE 351] Second Omnibus Objection to Claim Nos. 87 & 89;

"    DE 365 - Amended Agreed Order Sustaining in Part and Denying in Part Re: [DE 330] First Omnibus Objection to Claim No. 50; and

"    DE 366 - Agreed Order Sustaining in Part and Denying in Part First Omnibus Objection to Claim No. 18.

December 05, 2013   Order was entered Striking Email Response to Objection to Claim and Providing Additional Time to Conventionally File Response Re: Re: [400] Response filed by Creditors Sabrina Anderson, Douglas Anderson to DE 371 Omnibus Objection to Claim filed by Trustee Marcia T. Dunn, re: claim #284.  Response to DE [371] Omnibus Objection to Claims filed by Virginia A Burdette the Trustee for the Bankruptcy Estate of Creditor Lawrence Kramer, POC #131 and #132 Virginia A Burdette.

December 09, 2013 Atlantic Avenue's Reponses to the 3rd Omnibus Objection to Claims was filed.

December 10, 2013 Response to 3rd Omnibus Objection to Claim was filed by Interested Party Virginia A Burdette the trustee for the bankruptcy estate of Lawrence Kramer, Proof of claim #131 and #132.

February 16, 2014 Order was entered Sustaining in Part Trustee's Third Omnibus Objection to Claims.

February 05, 2014 Trustee attempting to sell remaining South American properties.

February 11, 2014  Estate tax return has been prepared, executed and filed.

February 13, 2014 Trustee filed Trustee's Motion for Authorization to Pay Administrative Expense of $800 For Taxes Due to California Franchise Tax Board.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     10

| | | | |
|---|---|---|---|
| Case No: | 09-11958     AJC   Judge: A. JAY CRISTOL | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Case Name: | MERENDON MINING (NEVADA), INC. | Date Filed (f) or Converted (c): | 02/04/09 (f) |
| | | 341(a) Meeting Date: | 10/16/09 |
| | | Claims Bar Date: | 01/14/10 |

March 19, 2014 Order was entered granting Trustee's Motion for Authorization to Pay Administrative Expense of $800 For
Taxes Due to California Franchise Tax Board.

Estate tax returns have been prepared, executed and filed.

March 26, 2014 Estate tax return has been accepted as filed by IRS.

April 17, 2014 Trustee still attempting to liquidate South American real property.  Claims objections are being
finalized.

April 21, 2014 Barry Mukamal of KapilaMukamal, LLP to be substituted as accountant in place of Marcum LLP.

June 13, 2014 Orders have been entered on several claims objections.

June 13, 2014 Creditors, the Estate of William B. Kemper and Marjorie Robbins Daggett, through counsel, have filed
motion for the assessment of attorney fees and costs together with other sanctions against Mr. John A. Moffa for the
filing and maintenance of Quartz Hill Mining, LLC and Superior Gold LLCs' Objections of Creditors' Claims.

June 30, 2014 Estate tax return has been accepted as filed by IRS.

July 01, 2014 Barry Mukamal, CPA and his new firm, KaspilaMukamal have been employed as financial advisors to the
estate.

July 22, 2014 Trustee's counsel continues to attempt to sell trustee's right, title and interest in pursuing the assets,
rights, mines, and companies of the substantively consolidated debtors extraterritorially (primarily in Latin America).
Potential purchaser is doing due diligence and has requested 90 days to do research re property.

August 16, 2014 William Thomas Advisors, LLC, through Matt Lambert, has executed a Letter of Intent to purchase
remaining assets for $70,000.00 "As Is, Where Is" after 90 day due diligence period.

August 25, 2014 Estate tax returns have been prepared, executed and filed.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     11

| | |
|---|---|
| Case No: | 09-11958     AJC    Judge: A. JAY CRISTOL |
| Case Name: | MERENDON MINING (NEVADA), INC. |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Date Filed (f) or Converted (c): | 02/04/09 (f) |
| 341(a) Meeting Date: | 10/16/09 |
| Claims Bar Date: | 01/14/10 |

September 11, 2014 Agreed Order Sustaining In Part And Denying In Part Trustee's Third Omnibus Objection to Claim(s) entered.  Agreed Order Sustaining In Part and Denying In Part Trustee's Third Omnibus Objection and Allowing General Unsecured Claim Nos. 370, 409, 457, 460, 554, 565 and 647; AND Striking Claim Nos. 352, 375, 415, 499, 577, 578, 626 and 648 entered.

September 24, 2014 Claims objection process is on-going.

October 06, 2014 Estate tax returns have been accepted as filed by IRS.

October 09, 2014 Amended Agreed Order Sustaining in Part and Denying in Part First Omnibus Objection to Claim No. 2.

October 21, 2014 Agreed Order Sustaining In Part And Denying In Part Trustee's Third Omnibus Objection, And Allowing General Unsecured Claim Nos. 131, 132, 140, 145, 263, 306, 423, 484, 527, 567, 575 And 595; And Striking Claim No. 307 (Re: # [371])  Notice of Withdrawal of Claims 542 and Amended 646 .

October 24, 2014 Trustee filed Trustee's Motion to Approve the Sale of Mining Properties Located in Central and South American Free and Clear of Liens, Claims, Encumbrances, and Interests, Including Interests of Anyone Laying Claim to the Estate's Rights and Interests in Such Properties, Pursuant to 11 U.S.C. s105 and s363(b) and (f).

October 24, 2014 Buyer backed out of purchase of remaining mines after performing due diligence.

October 27, 2014 Trustee filed Ex Parte Motion to Approve the Return of Sale Deposit.

November 03, 2014 Claims objection process is on-going.

November 19, 2014 Trustee filed Trustee's Certificate of Contested Matter on Omnibus Response (DE 405) to the Third Omnibus Objection (D.E. 371) to Claims Nos. 141, 455, 485, 487, 498, 500, 505, 535, 547, 548, 557, 558, 571, 572, 576, & 581.

November 25, 2014 Estate tax return has been accepted as filed by IRS.

November 25, 2014  Hearing on Trustee's Third Omnibus Objection to Certain Proofs of Claim is scheduled for December 15,

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      12

| | | | |
|---|---|---|---|
| Case No: | 09-11958    AJC    Judge: A. JAY CRISTOL | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Case Name: | MERENDON MINING (NEVADA), INC. | Date Filed (f) or Converted (c): | 02/04/09 (f) |
| | | 341(a) Meeting Date: | 10/16/09 |
| | | Claims Bar Date: | 01/14/10 |

2014.  Agreed Order  was entered Sustaining in Part and Denying in Part Trustee's Third Omnibus Objection, and Allowing
General Unsecured Claims to Claim Nos. 481 and 583 of Bella Krieger (DE 371).

November 26, 2014 Trustee filed Trustee's Fourth Omnibus Objection to Claims (DE 545], Trustee's Objection to Claim #635
of EPA [DE 543], Trustee's Objection to Claim #637 of Clearwater Mining
 [DE 544], and Trustee's Objection to Claim #645 of L. Raduenz [DE 545].

December 04, 2014 Hearings on trustee's numerous objections to claims have been set for December 15, 2014.

December 16, 2014 Trustee has submitted agreed order allowing the EPA's $583,116 claim in the reduced amount of $57,043.

December 31, 2014 Trustee to file Motion, as alternative to auction, to attempt to sell remaining assets, with a minimum
bid of $10,000.00, by date certain; if bid is not obtained, trustee to obtain order allowing abandonment of remaining
assets.

January 06, 2015 Trustee filed Trustee's Motion to Approve the Sale of the Mining Properties Located in Central and
South America, free and cliear of liens or in the alternative, to abandon same.

January 14, 2015 The remaining legal work includes  the settlement with the EPA,  trustee's counsel is waiting on the
response or lack of response on the refiled wage claimant objection, and the sale or abandonment of the balance of the
assets, as well as reviewing the declarations received from the Garfinkle group.

January 15, 2015   Agreed Order entered Sustaining In Part, and Denying in Party, Trustee's Fourth Omnibus Objection,
and Allowing General Unsecured Claims to Claim Nos. 651, 653, 654, 656, 658, 659, 660, 662, 664, 665, 666 and 667, and
the Striking of Claim No. 661 as Duplicative of Claim No. 654 (D.E. 542) .

Initial Projected Date of Final Report (TFR): 12/31/13          Current Projected Date of Final Report (TFR): 10/30/15

         /s/     MARCIA T. DUNN, TRUSTEE
_____ Date: 01/28/15
         MARCIA T. DUNN, TRUSTEE

**FORM 2**

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          09-11958  -AJC

Case Name:      MERENDON MINING (NEVADA), INC.

Trustee Name:                    MARCIA T. DUNN, TRUSTEE

Bank Name:                        UNION BANK

Account Number / CD #:      *******3284  General Account

Taxpayer ID No:    *******7969

For Period Ending:  12/31/14

Blanket Bond (per case limit):    $ 135,654,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 584,043.28 | | 584,043.28 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 71.81 | 583,971.47 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 718.07 | 583,253.40 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 741.75 | 582,511.65 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 742.83 | 581,768.82 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 781.86 | 580,986.96 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 864.42 | 580,122.54 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 835.42 | 579,287.12 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 862.08 | 578,425.04 |
| 06/26/13 | 29 | THE BRODSKY LAW FIRM PL TRUST | Agreed Order Granting Joint Agreed Motion for Turnover of Property in the Adv. Case 09-02518-AJC, 6/13/13, ECF 225 | 1249-000 | 14,980.00 | | 593,405.04 |
| 06/27/13 | 29 | LAW OFFICES OF MICHAEL J. SCHNEIDER, PC | Agreed Order Granting Joint Agreed Motion for Turnover of Property in the Adv. Case 09-02518-AJC, 6/13/13, ECF 225 | 1249-000 | 9,980.00 | | 603,385.04 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 849.97 | 602,535.07 |

Page Subtotals          609,003.28          6,468.21

Ver: 18.03b

LFORM24

**FORM 2**

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:    09-11958 -AJC    Trustee Name:    MARCIA T. DUNN, TRUSTEE
Case Name:    MERENDON MINING (NEVADA), INC.    Bank Name:    UNION BANK
Account Number / CD #:    *******3284  General Account

Taxpayer ID No:    *******7969
For Period Ending:    12/31/14    Blanket Bond (per case limit):    $ 135,654,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 896.53 | 601,638.54 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 895.29 | 600,743.25 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 865.11 | 599,878.14 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 892.59 | 598,985.55 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 862.58 | 598,122.97 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 890.02 | 597,232.95 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 888.78 | 596,344.17 |
| 03/20/14 | 010001 | California Franchise Tax Board | Order Granting Trustee's Motion for AUTHORIZATION TO PAY ADMINISTRATIVE EXPENSE FOR TAXES DUE TO CALIFORNIA FRANCHISE TAX BOARD, 3/19/14, ECF 444 | 2990-000 | | 800.00 | 595,544.17 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 801.59 | 594,742.58 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 885.89 | 593,856.69 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 855.20 | 593,001.49 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 882.44 | 592,119.05 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 852.69 | 591,266.36 |

Page Subtotals                0.00            11,268.71

LFORM24

Ver: 18.03b

**FORM 2**

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-11958  -AJC | | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Case Name: | MERENDON MINING (NEVADA), INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******3284  General Account |
| Taxpayer ID No: | *******7969 | | | |
| For Period Ending: | 12/31/14 | | Blanket Bond (per case limit): | $ 135,654,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/22/14 | 6 | William Thomas Advisors, LLC | BID DEPOSIT FOR PURCHASE OF SOUTH AND CENTRAL AMERICAN MINING ENTITIES | 1280-002 | 10,000.00 | | 601,266.36 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 879.78 | 600,386.58 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 883.78 | 599,502.80 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 863.31 | 598,639.49 |
| 11/24/14 | 010002 | WILLIAM THOMAS ADVISORS, LLC. | ORDER GRANTING TRUSTEE'S EX PARTE MOTION FOR APPROVAL TO RETURN SALE DEPOSIT, 10/28/14, ECF 519 | 8500-002 | | 10,000.00 | 588,639.49 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 890.83 | 587,748.66 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 860.80 | 586,887.86 |

Page Subtotals                    10,000.00              14,378.50

LFORM24

Ver: 18.03b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 09-11958  -AJC | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Case Name: | MERENDON MINING (NEVADA), INC. | Bank Name: | UNION BANK |
|  |  | Account Number / CD #: | *******3284  General Account |
| Taxpayer ID No: | *******7969 |  |  |
| For Period Ending: | 12/31/14 | Blanket Bond (per case limit): | $ 135,654,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 619,003.28 | 32,115.42 | 586,887.86 |
| | | | Less:  Bank Transfers/CD's | | 584,043.28 | 0.00 | |
| | | | Subtotal | | 34,960.00 | 32,115.42 | |
| | | | Less:  Payments to Debtors | | | 10,000.00 | |
| | | | Net | | 34,960.00 | 22,115.42 | |

Page Subtotals          0.00          0.00

LFORM24

Ver: 18.03b

**FORM 2**

Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:       09-11958 -AJC

Case Name:   MERENDON MINING (NEVADA), INC.

Trustee Name:      MARCIA T. DUNN, TRUSTEE

Bank Name:          BANK OF AMERICA

Account Number / CD #:      *******4032  TIP Account

Taxpayer ID No:   *******7969

For Period Ending:   12/31/14

Blanket Bond (per case limit):   $ 135,654,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/31/11 | 31 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 0.07 |
| 06/14/11 | 32 | WELLS FARGO BANK, NA | Order Granting Trustee's Motion To Approve Settlement with Trinity ALPS Resources Inc., Discovery Day LLC and Bowerman Holdings, LLC, 5/5/11, CP# 236<br><br>Trinity ALPS Resources Inc., Discovery Day LLC and Bowerman Holdings, LLC - $50,000.00 | 1249-000 | 50,000.00 | | 50,000.07 |
| 06/30/11 | 31 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.62 | | 50,000.69 |
| 07/19/11 | 32 | FIRST AMERICAN STATE BANK | ORDER GRANTING TRUSTEE'S MOTION TO Approve Settlement with Trinity ALPS Resources Inc., Discovery Day LLC and Bowerman Holdings, LLC, 5/5/11, CP# 236 | 1249-000 | 50,000.00 | | 100,000.69 |
| 07/19/11 | 7 | JOHN A. MOFFA, P.A. | OFFER DEPOSIT - DAWN AND MICHAEL FEDRIGON DEPOSIT ON OFFER TO SETTLE; ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT, 9/29/11, ECF 282 | 1110-000 | 50,000.00 | | 150,000.69 |
| 07/29/11 | 31 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.01 | | 150,001.70 |
| 08/31/11 | 31 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.28 | | 150,002.98 |
| 09/30/11 | 31 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.23 | | 150,004.21 |

Page Subtotals                150,004.21                0.00

Ver: 18.03b

LFORM24

**FORM 2**

Page:    6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        09-11958  -AJC

Case Name:    MERENDON MINING (NEVADA), INC.

Taxpayer ID No:    *******7969

For Period Ending:   12/31/14

Trustee Name:    MARCIA T. DUNN, TRUSTEE

Bank Name:    BANK OF AMERICA

Account Number / CD #:    *******4032  TIP Account

Blanket Bond (per case limit):    $ 135,654,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/20/11 | 7 | JOHN A. MOFFA, P.A. 7771 W Oakland Park Blvd. Ste. 141 Sunrise, FL 33351 | ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT, 9/29/11, ECF 282 | 1110-000 | 550,000.00 | | 700,004.21 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 439.73 | 699,564.48 |
| 11/07/11 | | Transfer to Acct #*******0859 | Bank Funds Transfer | 9999-000 | | 6,460.00 | 693,104.48 |
| 11/07/11 | | Transfer to Acct #*******0859 | Bank Funds Transfer | 9999-000 | | 60,000.00 | 633,104.48 |
| 11/15/11 | | Transfer to Acct #*******0859 | Bank Funds Transfer | 9999-000 | | 1,250.00 | 631,854.48 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 798.84 | 631,055.64 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 778.01 | 630,277.63 |
| 01/10/12 | 3 | FISHER AUCTION CO INC 619 E ATLANTIC BLVD POMPANO BEACH, FL 33060-6343 | OFFER DEPOSIT FROM DAVID BADNER | 1110-000 | 50,000.00 | | 680,277.63 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 865.04 | 679,412.59 |
| 02/02/12 | 3, 4 | GRAY ROBINSON 401 E. LAS OLAS BLVD., SUITE 1850 FT. LAUDERDALE, FL 33301 | Order Approving the Sale of the Bueno and Black Rose Mining Properties (The Boulder County Mines) pursuant USC sec. 105(a),363 and 365 and Fed. R.Bankr. p.2002, 6004, 6006 and 9014 Free and Clear Liens, Claims, Encumbrances and Interests, 1/19/12, CP# 287 | 1110-000 | 490,000.00 | | 1,169,412.59 |

Page Subtotals          1,090,000.00          70,591.62

Ver: 18.03b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-11958 -AJC | |
| Case Name: | MERENDON MINING (NEVADA), INC. | |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******4032  TIP Account |

| | |
|---|---|
| Taxpayer ID No: | *******7969 |
| For Period Ending: | 12/31/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 135,654,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/16/12 | | Transfer to Acct #*******0859 | Bank Funds Transfer | 9999-000 | | 7,010.00 | 1,162,402.59 |
| 02/16/12 | | Transfer to Acct #*******0859 | Bank Funds Transfer | 9999-000 | | 53,299.00 | 1,109,103.59 |
| 02/27/12 | | Transfer to Acct #*******0859 | Bank Funds Transfer | 9999-000 | | 50,000.00 | 1,059,103.59 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 1,263.12 | 1,057,840.47 |
| 03/07/12 | | Transfer to Acct #*******0859 | TRANSFER TO WRITE CHECKS | 9999-000 | | 4.63 | 1,057,835.84 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 1,300.62 | 1,056,535.22 |
| 04/03/12 | | Transfer to Acct #*******0859 | TRANSFER TO WRITE CHECKS | 9999-000 | | 3.16 | 1,056,532.06 |
| 04/19/12 | 32 | TRINITY ALPS RESOURCES, INC. PO BOX 37 GENOA, NV 89411 | ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH TRINITY ALPS RESOURCES INC., DISCOVERY DAY LLC AND BOWERMAN HOLDINGS LLC, 5/5/11, CP# 236 | 1249-000 | 250,000.00 | | 1,306,532.06 |
| 04/25/12 | | Transfer to Acct #*******0859 | Bank Funds Transfer | 9999-000 | | 88,817.00 | 1,217,715.06 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 1,504.90 | 1,216,210.16 |
| 05/10/12 | | Transfer to Acct #*******0859 | TRANSFER TO WRITE CHECKS | 9999-000 | | 21.84 | 1,216,188.32 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 1,545.17 | 1,214,643.15 |
| 06/06/12 | | Transfer to Acct #*******0859 | TRANSFER TO WRITE CHECKS | 9999-000 | | 3.63 | 1,214,639.52 |

|  | Page Subtotals | 250,000.00 | 204,773.07 |
|---|---|---|---|

Ver: 18.03b

**FORM 2**

Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          09-11958  -AJC
Case Name:     MERENDON MINING (NEVADA), INC.

Taxpayer ID No:  *******7969
For Period Ending:  12/31/14

Trustee Name:     MARCIA T. DUNN, TRUSTEE
Bank Name:        BANK OF AMERICA
Account Number / CD #:     *******4032  TIP Account

Blanket Bond (per case limit):    $ 135,654,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/14/12 | | Transfer from Acct #*******0859 | Bank Funds Transfer | 9999-000 | 300.00 | | 1,214,939.52 |
| 06/14/12 | | Transfer to Acct #*******0859 | Bank Funds Transfer | 9999-000 | | 717,059.55 | 497,879.97 |
| 06/20/12 | 33 | US District Court - WAWD 700 Stewart Street Ste 2310 Seattle, WA 98101 | Notice of Filing Order to Transfer Funds, 06/12/2012, ECF  303 | 1290-000 | 90,005.20 | | 587,885.17 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 992.07 | 586,893.10 |
| 07/11/12 | | Transfer to Acct #*******0859 | TRANSFER TO WRITE CHECKS | 9999-000 | | 40.82 | 586,852.28 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 769.66 | 586,082.62 |
| 08/06/12 | | Transfer to Acct #*******0859 | TRANSFER TO WRITE CHECKS | 9999-000 | | 0.02 | 586,082.60 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 744.61 | 585,337.99 |
| 09/28/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 671.70 | 584,666.29 |
| 10/29/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 623.01 | 584,043.28 |
| 10/29/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 584,043.28 | 0.00 |

Page Subtotals          90,305.20        1,304,944.72

Ver: 18.03b

LFORM24

**FORM 2**

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        09-11958  -AJC                                  Trustee Name:       MARCIA T. DUNN, TRUSTEE
Case Name:     MERENDON MINING (NEVADA), INC.                   Bank Name:          BANK OF AMERICA
                                                                Account Number / CD #:    *******4032  TIP Account

Taxpayer ID No:  *******7969
For Period Ending:  12/31/14                                    Blanket Bond (per case limit):  $ 135,654,000.00
                                                                Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 1,580,309.41 | 1,580,309.41 | 0.00 |
| | | Less:  Bank Transfers/CD's | | | 300.00 | 1,568,012.93 | |
| | | Subtotal | | | 1,580,009.41 | 12,296.48 | |
| | | Less:  Payments to Debtors | | | | 0.00 | |
| | | Net | | | 1,580,009.41 | 12,296.48 | |

Page Subtotals                    0.00              0.00

Ver: 18.03b

LFORM24

**FORM 2**

Page:    10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-11958 -AJC | |
| Case Name: | MERENDON MINING (NEVADA), INC. | |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0859  General Account |

| | |
|---|---|
| Taxpayer ID No: | *******7969 |
| For Period Ending: | 12/31/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 135,654,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/11 | | Transfer from Acct #*******4032 | Bank Funds Transfer | 9999-000 | 6,460.00 | | 6,460.00 |
| 11/07/11 | | Transfer from Acct #*******4032 | Bank Funds Transfer | 9999-000 | 60,000.00 | | 66,460.00 |
| 11/07/11 | 001001 | GLORY DEVELOPMENT COMPANY C/O SEAN DOYLE, ESQ. 954 S. CHERRY STREET, #1220 DENVER, CO 80246 | Order Granting Motion to Approve Settlement with the Estate of Harold Caldwell through it's Personal Representative 9/29/2011, CP282 | 3992-000 | | 6,460.00 | 60,000.00 |
| 11/07/11 | 001002 | Fisher Auction Company 351 S. Cypress Rd., Suite 210 Pompano Beach, Florida 33060-7159 | Order Granting Motion to Approve Settlement with the Estate of Harold Caldwell through it's Personal Representative 9/29/2011 CP282 | 3620-000 | | 60,000.00 | 0.00 |
| 11/15/11 | | Transfer from Acct #*******4032 | Bank Funds Transfer | 9999-000 | 1,250.00 | | 1,250.00 |
| * 11/15/11 | 001003 | Heritage Title Company, Inc. c/o Lou Weltzer, 1650  38th St. Suite #100E Boulder CO 80301 | Order Granting Motion to Approve Settlement with the Estate of Harold Caldwell through it's Personal Representative 9/29/2011 CP282  Invoice 80021898 - Glory Hole Title report | 2500-003 | | 1,250.00 | 0.00 |
| * 11/15/11 | 001003 | Heritage Title Company, Inc. c/o Lou Weltzer, 1650  38th St. Suite #100E Boulder CO 80301 | Order Granting Motion to Approve correct address | 2500-003 | | -1,250.00 | 1,250.00 |
| 11/15/11 | 001004 | Heritage Title Company, Inc. | Order Granting Motion to Approve | 2500-000 | | 1,250.00 | 0.00 |

Page Subtotals          67,710.00          67,710.00

Ver: 18.03b

LFORM24

**FORM 2**

Page:    11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          09-11958  -AJC

Case Name:     MERENDON MINING (NEVADA), INC.

Taxpayer ID No:   *******7969

For Period Ending:   12/31/14

Trustee Name:        MARCIA T. DUNN, TRUSTEE

Bank Name:           BANK OF AMERICA

Account Number / CD #:      *******0859  General Account

Blanket Bond (per case limit):    $ 135,654,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Lou Weltzer,<br>1650  38th St., Suite #100E<br>Boulder CO 80301 | Settlement with the Estate of Harold Caldwell through it's Personal Representative  9/29/2011 CP282<br><br>Invoice 80021898 - Glory Hole Title report | | | | |
| 02/16/12 | | Transfer from Acct #*******4032 | Bank Funds Transfer | 9999-000 | 7,010.00 | | 7,010.00 |
| 02/16/12 | | Transfer from Acct #*******4032 | Bank Funds Transfer | 9999-000 | 53,299.00 | | 60,309.00 |
| 02/16/12 | 001005 | GLORY DEVELOPMENT COMPANY<br>C/O SEAN W. DOYLE, ESQ.<br>950 S. CHERRY STREET, #1220<br>DENVER, CO 80246 | Order Granting Motion to<br>Approve Sale of Bueno and Black Rose Mining Properties<br>1/19/12, CP287 | 3992-000 | | 7,010.00 | 53,299.00 |
| 02/16/12 | 001006 | Fisher Auction Company<br>351 S. Cypress Rd., Suite 210<br>Pompano Beach, Florida 33060-7159 | Order Granting Motion to<br>Approve Sale of Bueno and Black Rose Mining Properties<br>1/19/12, CP287 | 3620-000 | | 53,299.00 | 0.00 |
| 02/27/12 | | Transfer from Acct #*******4032 | Bank Funds Transfer | 9999-000 | 50,000.00 | | 50,000.00 |
| 02/27/12 | 001007 | GLORY DEVELOPMENT COMPANY<br>C/O SEAN DOYLE, ESQ.<br>954 S. CHERRY STREET, #1220<br>DENVER, CO 80246 | Order Granting Sale of the Bueno<br>and Black rose Properties, 1/19/12, CP287<br>per Paragraph 5 of Sale Procedures, CP287-2, Page 20 | 8500-002 | | 50,000.00 | 0.00 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.63 | -4.63 |
| 03/07/12 | | Transfer from Acct #*******4032 | TRANSFER TO WRITE CHECKS | 9999-000 | 4.63 | | 0.00 |

Page Subtotals          110,313.63          110,313.63

LFORM24

Ver: 18.03b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    12

| Case No: | 09-11958  -AJC | | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Case Name: | MERENDON MINING (NEVADA), INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0859  General Account |
| Taxpayer ID No: | *******7969 | | | |
| For Period Ending: | 12/31/14 | | Blanket Bond (per case limit): | $ 135,654,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.16 | -3.16 |
| 04/03/12 | | Transfer from Acct #*******4032 | TRANSFER TO WRITE CHECKS | 9999-000 | 3.16 | | 0.00 |
| 04/25/12 | | Transfer from Acct #*******4032 | Bank Funds Transfer | 9999-000 | 88,817.00 | | 88,817.00 |
| 04/25/12 | 001008 | Worldwide Rental Services, Inc. a/k/a Worldwide Machinery, Inc. c/o Robert C. Meacham, Esq. One Financial Plaza Suite 2602 Ft. Lauderdale, FL 33394-0001 | Order Granting Motion To Compromise with Worldwide Rental Svs. aka Worldwide Machinery, Inc 4/25/12, CP293 Payment of lien interest in Bueno and BlackRose Minining Properties | 4120-000 | | 88,817.00 | 0.00 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 21.84 | -21.84 |
| 05/10/12 | | Transfer from Acct #*******4032 | TRANSFER TO WRITE CHECKS | 9999-000 | 21.84 | | 0.00 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.63 | -3.63 |
| 06/06/12 | | Transfer from Acct #*******4032 | TRANSFER TO WRITE CHECKS | 9999-000 | 3.63 | | 0.00 |
| 06/14/12 | | Transfer from Acct #*******4032 | Bank Funds Transfer | 9999-000 | 717,059.55 | | 717,059.55 |
| 06/14/12 | 001009 | GrayRobinson, P.A. 401 E. Las Olas Blvd. Suite 1850 Fort Lauderdale, FL 33301 | ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO | 3210-000 | | 609,352.25 | 107,707.30 |

Page Subtotals    805,905.18    698,197.88

LFORM24

Ver: 18.03b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-11958  -AJC | | | | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MERENDON MINING (NEVADA), INC. | | | | Bank Name: | BANK OF AMERICA |
| | | | | | Account Number / CD #: | *******0859  General Account |
| Taxpayer ID No: | *******7969 | | | | | |
| For Period Ending: | 12/31/14 | | | | Blanket Bond (per case limit): | $ 135,654,000.00 |
| | | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | GRAYROBINSON, PA., 6/14/12, ECF 304 85% OF THE AWARDED FEES | | | | |
| 06/14/12 | 001010 | GrayRobinson, P.A. 401 E. Las Olas Blvd. Suite 1850 Fort Lauderdale, FL 33301 | ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO GRAYROBINSON, PA., 6/14/12, ECF 304 100% OF THE AWARDED COSTS | 3220-000 | | 37,619.34 | 70,087.96 |
| 06/14/12 | 001011 | Marcum, LLP 1 SE 3rd Avenue Miami, FL 33131 | ORDER GRANTING FIRST INTERIM FEE APPLICATION OF MARCUM, LLP, ACCOUNTANT FOR CHAPTER 7 TRUSTEE, 6/14/12, ECF No. 305 80% OF THE AWARDED FEES | 3410-000 | | 69,771.20 | 316.76 |
| 06/14/12 | 001012 | Marcum, LLP 1 SE 3rd Avenue Miami, FL 33131 | ORDER GRANTING FIRST INTERIM FEE APPLICATION OF MARCUM, LLP, ACCOUNTANT FOR CHAPTER 7 TRUSTEE, 6/14/12, ECF No. 305 100% OF THE AWARDED COSTS | 3420-000 | | 16.76 | 300.00 |
| 06/14/12 | | Transfer to Acct #*******4032 | Bank Funds Transfer | 9999-000 | | 300.00 | 0.00 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 40.82 | -40.82 |
| 07/11/12 | | Transfer from Acct #*******4032 | TRANSFER TO WRITE CHECKS | 9999-000 | 40.82 | | 0.00 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.02 | -0.02 |

Page Subtotals       40.82      107,748.14

LFORM24

Ver: 18.03b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    14

| Case No: | 09-11958 -AJC |
| Case Name: | MERENDON MINING (NEVADA), INC. |

| Taxpayer ID No: | *******7969 |
| For Period Ending: | 12/31/14 |

| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0859  General Account |

| Blanket Bond (per case limit): | $ 135,654,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/06/12 | | Transfer from Acct #*******4032 | TRANSFER TO WRITE CHECKS | 9999-000 | 0.02 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 983,969.65 | 983,969.65 | 0.00 |
| Less:  Bank Transfers/CD's | | 983,969.65 | 300.00 | |
| Subtotal | | 0.00 | 983,669.65 | |
| Less:  Payments to Debtors | | | 50,000.00 | |
| Net | | 0.00 | 933,669.65 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| General Account - *******3284 | 34,960.00 | 22,115.42 | 586,887.86 |
| TIP Account - *******4032 | 1,580,009.41 | 12,296.48 | 0.00 |
| General Account - *******0859 | 0.00 | 933,669.65 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 1,614,969.41 | 968,081.55 | 586,887.86 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals           0.02           0.00

LFORM24

Ver: 18.03b