UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                      Case No. 09-11958-AJC
                                                            Chapter 7
Merendon Mining (Nevada), Inc.,

_____Debtor(s)._____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(X)   The trustee has a balance of $2,979.22 remaining in the trustee's account which represents unrepresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )   The trustee has a balance of $___ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: December 29, 2016

/S/
Marcia T. Dunn, Trustee
555 N.E. 15th Street, Suite 934-A
Miami, Florida 33132
Telephone: 786.433.3866
Facsimile: 786.260.0269
E-mail: mdunn@dunnlawpa.com

LF-26 (rev. 12/01/02)

Case No. 09-11958-AJC
SERVICE LIST

Office of the US Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130

Merendon Mining
450 Alton Road
Suite 2930
Miami, FL 33139

Brett A Elam, Esq.
Farber + Elam, LLC
105 S. Narcissus Avenue
Suite 802
West Palm Beach, FL 33401

William Alan Schlosser
6012 E. Harvard Street
Scottsdale, AZ 85257

May (Grey) van der Veer
PO Box 93
Stavely, Ab., Canada T0L 1Z0

LF-26 (rev. 12/01/02)

UNCLAIMED FUNDS
Case No. 09-11958-AJC

|  | Claim | Amount |
|---|---|---|
| William Alan Schlosser<br>6012 E. Harvard Street<br>Scottsdale, AZ 85257 | 570 | $2,584.60 |
| May (Grey) van der Veer<br>PO Box 93<br>Stavely, Ab., Canada T0L 1Z0 | 337 | $394.62 |
|  | Total: | $2,979.22 |

LF-26 (rev. 12/01/02)