UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No. 09-11958-AJC
                                                          Chapter 7
MERENDON MINING (NEVADA), INC.,

_____Debtor(s)._____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(X)   The trustee has a balance of $11,562.92 remaining in the trustee's account which represents unrepresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )   The trustee has a balance of $___ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: January 27, 2017

/s/ Marcia T. Dunn, Trustee
Marcia T. Dunn, Trustee
555 N.E. 15th Street, Suite 934-A
Miami, Florida 33132
Telephone: 786.433.3866
Facsimile: 786.260.0269
E-mail: mdunn@dunnlawpa.com

Case No. 09-11958-AJC
SERVICE LIST

Office of the US Trustee
51 SW 1st Ave.
Suite 1204
Miami, FL 33130

Merendon Mining
450 Alton Road
Suite 2930
Miami, FL 33139

Robin & David Cohn
6805 162nd Pl SW
Edmonds, WA 98026

Macala, Joseph A
PO Box 278
Sicamouse, BC V0E 2V0

Osband, Joanne
4527 31st Ave NE
Olympia, WA 98516

Renyard, Peter
712 Westland Close
Quesnel, BC V2J 4R6

Seminutin, Tammy
203-2808 - 48th Ave.
Vernon, BC V1T 3R4

Liddle, Roger
411 Osprey Cres
Callander, ON P0H 1H0

Beeks, Jenny
478 32nd Ave
LaSalle, QC H8P 2X2

Larabie, Carmel
#308 11220-99 Ave
Edmonton Alberta Canada T5K 2K6

Donna L. Barre
22 Bridleridge Way SW
Calgary, AB T2Y4G9

Donna L. Barre
3206, 505 Railway Street West
Cochrane, AB T4C 2K9

Weir, Diana
2407 Fillmore St
San Francisco, CA 94115

Brittner, Susan
Faraway Housing Complex J15
#6 Dunscomb
Warwick WK 08

Corraini, Donna
38 Hidden Ridge View NW
Calgary, AB T3A 5V8

Corraini, Donna
23254 W Ashleigh Marie Dr.
Buckeye, AZ 85326

Lehman, Alan
365 West 28th St., #96
New York, NY 10001

Virginia C. McIntosh
6 Hartwood Street
Albany, NY 12205

Alison Marie Jacobs
2602 108th St SE
Everett, WA 98208

Abela, Estelita
2622 41 Ave E
Vancouver, BC V5R 2W7

Baisch, Christine E
2022 5th St NE
Calgary, AB T2E 3X5

Watters, Barbara
1570 McTavish Rd
Sidney, BC V8Z 5T3

Renneberg, Roy
277-52349 Rge Rd 222
Sherwood Park, AB T8C-1A4

Liquori, Cheryl and Michael
2201 Melvin Road
Oakland, CA 94602

Sheridan, David
23902 Legendary Lane Dr
Katy, TX 77494-0150

Vaughan, Trevor
232 Tuscany Meadows Mews NW
Calgary, AB T3L 2L6

Ockey, Steven
46 Somerglen Cl SW
Calgary, AB T2Y 3Z5

Barbra Lurie
55 Heather Drive #7E
White River Junction, VT 05001

Sharen & Collin Latimer
3307 Mountain Hwy
N. Vancouver, BC
Canada V7K 2H4

James D Brown
PO Box 3713
Courtenay BC Canada, FL V9N-9B8

Wanamaker, Kevin
3141 16th Ave. S.
Minneapolis MN 55407

# UNCLAIMED FUNDS
## Case No. 16-11358-AJC

|  | Claim | Amount |
|---|---|---|
| Robin & David Cohn<br>6805 162nd Pl SW<br>Edmonds, WA 98026 | 52 | $837.43 |
| Macala, Joseph A<br>PO Box 278<br>Sicamouse, BC V0E 2V0 | 67 | $92.12 |
| Osband, Joanne<br>4527 31st Ave NE<br>Olympia, WA 98516 | 81A | $251.23 |
| Renyard, Peter<br>712 Westland Close<br>Quesnel, BC V2J 4R6 | 148 | $223.64 |
| Seminutin, Tammy<br>203-2808 - 48th Ave.<br>Vernon, BC V1T 3R4 | 149 | $209.36 |
| Liddle, Roger<br>411 Osprey Cres<br>Callander, ON P0H 1H0 | 192 | $481.17 |
| Beeks, Jenny<br>478 32nd Ave<br>LaSalle, QC H8P 2X2 | 216 | $402.51 |
| Larabie, Carmel<br>#308 11220-99 Ave<br>Edmonton Alberta Canoda T5K 2K6 | 259 | $401.75 |
| Donna L. Barre<br>22 Bridleridge Way SW<br>Calgary, AB T2Y4G9 | 305 | $183.89 |
| Weir, Diana<br>2407 Fillmore St<br>San Francisco, CA 94115 | 378 | $209.36 |

| Name and Address | # | Amount |
|---|---|---|
| Brittner, Susan<br>Faraway Housing Complex J15 #6 Dunscomb<br>Warwick WK 08 | 409 | $99.79 |
| Corraini, Donna<br>38 Hidden Ridge View NW<br>Calgary, AB T3A 5V8 | 411 | $193.47 |
| Lehman, Alan<br>365 West 28th St., #96<br>New York, NY 10001 | 438 | $1,796.30 |
| Virginia C. McIntosh<br>6 Hartwood Street<br>Albany, NY 12205 | 461 | $825.95 |
| Alison Marie Jacobs<br>2602 108th St SE<br>Everett, WA 98208 | 467 | $570.53 |
| Abela, Estelita<br>2622 41 Ave E<br>Vancouver, BC V5R 2W7 | 489 | $192.17 |
| Baisch, Christine E<br>2022 5th St NE<br>Calgary, AB T2E 3X5 | 495 | $574.22 |
| Watters, Barbara<br>1570 McTavish Rd<br>Sidney, BC V8Z 5T3 | 503 | $185.36 |
| Renneberg, Roy<br>277-52349 Rge Rd 222<br>Sherwood Park, AB T8C-1A4 | 545 | $158.03 |
| Liquori, Cheryl and Michael<br>2201 Melvin Road<br>Oakland, CA 94602 | 569 | $215.00 |
| Sheridan, David<br>23902 Legendary Lane Dr<br>Katy, TX 77494-0150 | 580 | $427.09 |
| Vaughan, Trevor<br>232 Tuscany Meadows Mews NW<br>Calgary, AB T3L 2L6 | 594 | $181.97 |

| Name / Address | Claim | Amount |
|---|---|---|
| Ockey, Steven<br>46 Somerglen Cl SW<br>Calgary, AB T2Y 3Z5 | 627 | $418.67 |
| Barbra Lurie<br>55 Heather Drive #7E<br>White River Junction, VT 05001 | 631 | $1,182.05 |
| Sharen & Collin Latimer<br>3307 Mountain Hwy<br>N. Vancouver, BC<br>Canada V7K 2H4 | 639 | $354.12 |
| James D Brown<br>PO Box 3713<br>Courtenay BC Canada, FL V9N-9B8 | 647A | $372.35 |
| Wanamaker, Kevin<br>3141 16th Ave. S.<br>Minneapolis MN 55407 | 662 | $523.39 |

Total:     $11,562.92